Fill in this information to identify the case:
Debtor name | **Gissing North America LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MICHIGAN**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| APT-MOLD MANUFACTURING CO., LTD. 2A ZONE OF THE 3RD BUILDING, NO. 54, YANJIANG DONGSI ROAD, TORCH DEVELOPMENT CHINA ZHONGSHAN, Guangdong 00052-8437 | Carter Wu carter.wu@apt-mold.com 86 137 2620 7290 | Trade debt | | | | $489,774.88 |
| BRIDGE LOGISTICS INC 5 CIRCLE FREEWAY CINCINNATI, OH 45246 | T. Campbell tcampbell@bridgelogisticsinc.com 513-330-5628 | Trade debt | | | | $479,829.00 |
| DRAKE EXTRUSION P.O. BOX 890886 UNITED STATES OF AMERICA CHARLOTTE, NC 28289-0886 | S. Little slittle@drakeextrusion.com 276-632-0159 | Trade debt | | | | $1,583,184.69 |
| DSV ROAD, INC DEPT CH 10902 UNITED STATES OF AMERICA PALATINE, IL 60055-0902 | TRACEY MASSEY tracey.massey@us.dsv.com 617-569-9800 | Trade debt | | | | $260,002.60 |
| EASYFLYER LOGISTIC LIMITED WATSON HOUSE, 54 BAKER STREET UNITED KINGDOM LONDON W1U 7BU | JENNIFER LUIS jennifer.luis@easyflyers.com 1-877-957-0143 | Trade debt | | | | $274,198.47 |

| Debtor | Gissing North America LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **FEDEX** P.O. BOX 371461 PITTSBURGH, PA 15250-7461 | **WOLDON SARMIENTO** wildon.sarmiento.osv@fedex.com 833-624-1822x1022 | **Trade debt** | | | | $315,448.02 |
| **FIBERVISIONS INCORPORATED** DEPT. AT 40206 ATLANTA, GA 31192-0206 | **Cheryl Knight** Cheryl.Knight@Fibervisions.com 770-784-3418 | **Trade debt** | | | | $362,114.29 |
| **HARTT TRANSPORTATION** P.O. BOX 1385 BANGOR, ME 04402 | **J. Castonguay** jcastonguay@hartt-trans.com 207-852-3625 | **Trade debt** | | | | $424,514.16 |
| **HQS AUTOMOTIVE INTERNATIONAL INC** 22246 CHASE DR UNITED STATES OF AMERICA NOVI, MI 48375 | **Tim So** tim.so@hqsautomotive.com 415-535-9950 | **Default Judgment for Trade Debt** | | | | $392,512.85 |
| Jiangsu Shifeng New Materials Co.,Ltd 215 East Jinsheng Road, Jintan District CHINA Jiangsu Province 21300 | **Terry Gu** terry.gu@winfunfoam.com 86 - 15671821188 | **Trade debt** | | | | $529,614.33 |
| **METRO 3PL** P.O. BOX 13188 UNITED STATES OF AMERICA MILWAUKEE, WI 53213-0188 | **Sandy Johnson** 828-231-8770 | **Trade debt** | | | | $772,537.77 |
| **NEFAB MEXICO S.DE C.V** ANILLO PERIFERICO SUR 4250 INT. B PARQUE INDUSTIAL GREEN TECH COL. PERIODI MEXICO PARQUE INDUSTIAL GREEN TECH CO   45078 | info@nefab.com.mx 52 (81) 1098 1200 | **Trade debt** | | | | $286,719.20 |

| Debtor | Gissing North America LLC | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NINGBO HUAYOU AUTO PARTS., LTD**<br>NO. 908, JINQIAO ROAD, GUTANG STREET<br>CHINA<br>CIXI CITY, Zhejiang | **HAIYUN MA**<br><br>sales@nbhuayou.com<br>86-0574 63072289-8016 | **Trade debt** | | | | $749,634.78 |
| **PINGOR TECHNOLOGIES COMPANY LTD.**<br>UNIT A, 1/F, SHUN CHEUNG IND. BLDG.,<br>24-26 WING HONG STREET, LAI CHI KOK<br>CHINA<br>HONG KONG | **EDISON HO**<br><br>edison@hk-pingor.com<br>86 137 2436 7438 | **Trade debt** | | | | $337,810.76 |
| **PRO DESIGN & MANUFACTURING LLC**<br>PO BOX 38<br>13 ELM STREET<br>NEWTON JUNCTION, NH 03859 | **AL JOHNSON**<br><br>prodesignmfg@comcast.net<br>603-475-3810 | **Trade debt** | | | | $336,695.00 |
| **SEIREN VISCOTEC MEXICO S.A.DE C.V.**<br>AV. MIGUEL HIDALGO #200 PARQUE INDUSTRIAL MARABIS, ABASOLO<br>MEXICO<br>GUANAJUATO 36987 | **DIANA CAROLINA TORRES GONZALEZ**<br><br>diana.torres@svmx.seiren.com | **Trade debt** | | | | $356,591.80 |
| Stein Fibers LTD<br>PO BOX 714522<br>Cincinnati, OH 45271-4522 | Chip Stein<br><br>Chip@steinfibers.com<br>518-694-8620 | **Trade debt** | | | | $1,736,225.72 |
| **TECHSTYLES INC**<br>32500 TELEGRAPH RD.<br>BINGHAM FARMS, MI 48025 | info@techstyles.com<br>+1 (800) 733 3629 | **Trade debt** | | | | $1,984,150.49 |
| Tesla<br>Legal Department<br>3500 Deer Creek Road<br>Palo Alto, CA 94304 | ERIC GOLDBERG<br><br>Eric.Goldberg@us.dlapiper.com | **Vendor payments and customer contributions** | | $13,325,512.00 | $0.00 | $3,519,511.00 |

| Debtor | **Gissing North America LLC** | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TOOLING TECHNOLOGY LLC P.O. BOX 74008783 CHICAGO, IL 60674-8783** | **JEFF BRADSHAW**<br><br>**jbradshaw@toolingtechgroup.com**<br>**937-295-3672** | **Trade debt** | | | | **$637,118.00** |