| Gissing North America<br>DIP Budget & Borrowing Base<br>USD in Thousands  W/E --> | 1<br>Proj.<br>8/7/22 | 2<br>Proj.<br>8/14/22 | 3<br>Proj.<br>8/21/22 | 4<br>Proj.<br>8/28/22 | 5<br>Proj.<br>9/4/22 | 6<br>Proj.<br>9/11/22 | 7<br>Proj.<br>9/18/22 | 8<br>Proj.<br>9/25/22 | 9<br>Proj.<br>10/2/22 | 10<br>Proj.<br>10/9/22 | 11<br>Proj.<br>10/16/22 | 12<br>Proj.<br>10/23/22 | 13<br>Proj.<br>10/30/22 | Proj.<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Debtor-in-Possession Budget** | File | | | | | | | | | | | | §363 | |
| **Receipts** | | | | | | | | | | | | | | |
| Production | $ 1,194 | $ 2,539 | $ 2,126 | $ 3,219 | $ 2,145 | $ 2,442 | $ 2,819 | $ 3,167 | $ 2,322 | $ 2,377 | $ 2,398 | $ 2,391 | $ 2,772 | $ 31,912 |
| Customer Funding | 4,107 | - | - | 1,985 | - | 3,972 | - | - | 4,106 | - | - | - | - | 14,170 |
| Miscellaneous | - | - | - | - | - | - | - | - | - | - | - | - | 115 | 115 |
| **Total Receipts** | $ 5,300 | $ 2,539 | $ 2,126 | $ 5,204 | $ 2,145 | $ 6,414 | $ 2,819 | $ 3,167 | $ 6,429 | $ 2,377 | $ 2,398 | $ 2,391 | $ 2,887 | $ 46,197 |
| **Disbursements** | | | | | | | | | | | | | | |
| Materials | $ (1,471) | $ (1,377) | $ (1,358) | $ (1,414) | $ (1,452) | $ (1,403) | $ (1,359) | $ (1,428) | $ (1,334) | $ (1,380) | $ (1,340) | $ (1,310) | $ (1,310) | $ (17,937) |
| Personnel | (276) | (550) | (550) | (553) | (300) | (300) | (550) | (550) | (550) | (300) | (550) | (550) | (550) | (6,129) |
| Freight | (263) | (229) | (247) | (191) | (299) | (278) | (282) | (307) | (241) | (233) | (223) | (223) | (223) | (3,239) |
| Facility | (432) | (282) | (88) | (128) | (150) | (138) | (146) | (153) | (124) | (124) | (120) | (115) | (115) | (2,113) |
| Contract Services | (285) | (106) | (102) | (101) | (99) | (99) | (103) | (103) | (103) | (103) | (103) | (101) | (98) | (1,505) |
| Rent | (3) | (3) | (3) | (3) | (160) | (3) | (3) | (3) | (160) | (3) | (3) | (3) | (3) | (348) |
| Tooling | (238) | - | - | - | - | - | - | - | (3) | - | - | - | - | (241) |
| Mexico Funding | (755) | (600) | (845) | (1,190) | (535) | (475) | (1,170) | (605) | (660) | (475) | (600) | (875) | (700) | (9,485) |
| Professional Fees | (848) | (42) | (42) | (64) | (363) | (60) | (62) | (42) | (570) | (41) | (749) | (41) | (2,483) | (5,408) |
| Debt Service | (372) | (300) | - | - | (413) | - | - | - | (397) | - | - | - | - | (1,481) |
| Taxes | (27) | - | - | (40) | (370) | - | - | (40) | (20) | - | - | (40) | (20) | (557) |
| Capital Expenditures | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (10) | (130) |
| All Other | (4) | (1) | (4) | (2) | (4) | (11) | (11) | (11) | (12) | (10) | (10) | (10) | (9) | (99) |
| **Total Disbursements** | $ (4,982) | $ (3,500) | $ (3,250) | $ (3,697) | $ (4,155) | $ (2,776) | $ (3,695) | $ (3,254) | $ (4,181) | $ (2,679) | $ (3,707) | $ (3,276) | $ (5,520) | $ (48,672) |
| **Net Cash Flow** | $ 318 | $ (961) | $ (1,124) | $ 1,507 | $ (2,010) | $ 3,638 | $ (876) | $ (87) | $ 2,247 | $ (302) | $ (1,309) | $ (886) | $ (2,632) | $ (2,476) |
| **NCF Excluding Customer Funding** | $ (3,788) | $ (961) | $ (1,124) | $ (478) | $ (2,010) | $ (334) | $ (876) | $ (87) | $ (1,859) | $ (302) | $ (1,309) | $ (886) | $ (2,632) | $ (16,645) |
| **Borrowing Base** | | | | | | | | | | | | | | |
| **Accounts Receivable Roll-Forward** | | | | | | | | | | | | | | |
| **Beginning Balance - AR** | $ 12,293 | $ 13,258 | $ 13,142 | $ 13,311 | $ 12,383 | $ 12,555 | $ 12,361 | $ 11,790 | $ 10,871 | $ 10,919 | $ 10,912 | $ 10,884 | $ 10,864 | $ 12,293 |
| [+] Sales | 2,389 | 2,474 | 2,347 | 2,342 | 2,369 | 2,300 | 2,300 | 2,300 | 2,422 | 2,422 | 2,422 | 2,422 | 2,422 | 30,929 |
| [-] Collections | (1,424) | (2,591) | (2,178) | (3,271) | (2,196) | (2,494) | (2,870) | (3,219) | (2,374) | (2,429) | (2,450) | (2,442) | (2,824) | (32,760) |
| **Ending Balance - AR** | $ 13,258 | $ 13,142 | $ 13,311 | $ 12,383 | $ 12,555 | $ 12,361 | $ 11,790 | $ 10,871 | $ 10,919 | $ 10,912 | $ 10,884 | $ 10,864 | $ 10,462 | $ 10,462 |
| [-] Other AR Ineligibles | (5,857) | (5,857) | (5,857) | (5,774) | (5,774) | (5,774) | (5,774) | (4,960) | (4,960) | (4,960) | (4,960) | (4,832) | (4,832) | (4,832) |
| **Eligible Receivables** | $ 7,400 | $ 7,284 | $ 7,453 | $ 6,608 | $ 6,781 | $ 6,586 | $ 6,016 | $ 5,911 | $ 5,959 | $ 5,952 | $ 5,925 | $ 6,032 | $ 5,630 | $ 5,630 |
| *Advance Rate (%) - AR* | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% | 87.4% |
| **AR Availability** | $ 6,464 | $ 6,363 | $ 6,511 | $ 5,772 | $ 5,923 | $ 5,753 | $ 5,255 | $ 5,163 | $ 5,205 | $ 5,199 | $ 5,175 | $ 5,269 | $ 4,918 | $ 4,918 |
| **Inventory Roll-Forward** | | | | | | | | | | | | | | |
| **Ending Balance - Inv.** | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 | $ 6,688 |
| [-] Inv. Ineligibles | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) | (1,247) |
| **Eligible Inventory** | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 | $ 5,440 |
| *Advance Rate (%) - Inv.* | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% | 55.0% |
| **Inventory Availability** | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 | $ 2,992 |
| **Reserves** | | | | | | | | | | | | | | |
| Real Estate | $ (1,492) | $ (1,492) | $ (1,492) | $ (1,492) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) | $ (1,142) |
| Payroll | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) | (850) |
| Professional Fees - BK | | (270) | (500) | (730) | (685) | (915) | (1,145) | (1,375) | (1,330) | (1,560) | (1,242) | (1,542) | - | - |
| **Total Reserves** | $ (2,342) | $ (2,612) | $ (2,842) | $ (3,072) | $ (2,677) | $ (2,907) | $ (3,137) | $ (3,367) | $ (3,322) | $ (3,552) | $ (3,234) | $ (3,534) | $ (1,992) | $ (1,992) |
| **Total Available Collateral** | $ 7,114 | $ 6,743 | $ 6,661 | $ 5,692 | $ 6,238 | $ 5,838 | $ 5,110 | $ 4,789 | $ 4,876 | $ 4,640 | $ 4,933 | $ 4,727 | $ 5,918 | $ 5,918 |
| **Revolver Availability** | | | | | | | | | | | | | | |
| **Revolver Roll-Forward (Excl. Funding)** | | | | | | | | | | | | | | |
| **Beginning Balance** | $ 3,421 | $ 3,103 | $ 4,064 | $ 5,187 | $ 3,680 | $ 5,690 | $ 2,052 | $ 2,928 | $ 3,015 | $ 768 | $ 1,070 | $ 2,379 | $ 3,265 | $ 3,421 |
| Net Cash (In) Out | (318) | 961 | 1,124 | (1,507) | 2,010 | (3,638) | 876 | 87 | (2,247) | 302 | 1,309 | 886 | 2,632 | 2,476 |
| **Ending Balance** | $ 3,103 | $ 4,064 | $ 5,187 | $ 3,680 | $ 5,690 | $ 2,052 | $ 2,928 | $ 3,015 | $ 768 | $ 1,070 | $ 2,379 | $ 3,265 | $ 5,897 | $ 5,897 |
| Total Available Collateral | 7,114 | 6,743 | 6,661 | 5,692 | 6,238 | 5,838 | 5,110 | 4,789 | 4,876 | 4,640 | 4,933 | 4,727 | 5,918 | 5,918 |
| **Net Availability** | $ 4,012 | $ 2,679 | $ 1,473 | $ 2,012 | $ 548 | $ 3,786 | $ 2,181 | $ 1,773 | $ 4,108 | $ 3,570 | $ 2,555 | $ 1,463 | $ 21 | $ 21 |

| Gissing North America Restructuring Costs USD in Thousands | W/E --> | 1 Proj. 8/7/22 | | 2 Proj. 8/14/22 | | 3 Proj. 8/21/22 | | 4 Proj. 8/28/22 | | 5 Proj. 9/4/22 | | 6 Proj. 9/11/22 | | 7 Proj. 9/18/22 | | 8 Proj. 9/25/22 | | 9 Proj. 10/2/22 | | 10 Proj. 10/9/22 | | 11 Proj. 10/16/22 | | 12 Proj. 10/23/22 | | 13 Proj. 10/30/22 | | Proj. Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **File** | | | | | | | | | | | | | | | | | | | | | | | | **§363** | | |
| **BK Pro Fees - Accrual** | | | | | | | | | | **Deadline** | | | | | | **Submit** | | | | | | **Pay** | | | | **Final** | | | |
| Riveron - Debtor CRO | | $ | 250 | $ | 80 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 75 | $ | 1,155 |
| Wolfson Bolton - Debtor Counsel | | | 210 | | 100 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 75 | | 1,135 |
| Kerr Russell - Debtor Counsel | | | 35 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 5 | | 95 |
| McDonald Hopkins - HNB Counsel | | | 90 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 50 | | 50 | | 440 |
| Bodman - Comerica Counsel | | | 34 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 50 | | 50 | | 384 |
| A&M - Lender Financial Advisor | | | 185 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 45 | | 45 | | 525 |
| Livingstone Partners - I-Banker | | | 25 | | | | | | | | 25 | | | | | | | | 25 | | | | | | | | 25 | | 100 |
| Filing Fee | | | | | 10 | | | | | | | | | | | | | | | | | | | | | | | | 10 |
| US Trustee Fees | 0.80% | | | | | | | | | | | | | | | | | | | | 228 | | | | | | 121 | | 350 |
| Epiq - Claims Agent | | | | | 20 | | 20 | | 40 | | 40 | | 40 | | 40 | | 20 | | 20 | | 20 | | 20 | | 20 | | 20 | | 320 |
| UCC - Counsel | | | | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 300 |
| UCC - Financial Advisor | | | | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 25 | | 300 |
| **Total Professional Fees - Accrual** | | $ | 829 | $ | 340 | $ | 300 | $ | 320 | $ | 345 | $ | 320 | $ | 320 | $ | 300 | $ | 553 | $ | 300 | $ | 300 | $ | 370 | $ | 516 | $ | 5,113 |
| **BK Pro Fees - Cash** | | | | | | | | | | **Deadline** | | | | | | **Submit** | | | | | | **Pay** | | | | **Final** | | | |
| Riveron - Debtor CRO | | $ | 250 | | | | | | | | | | | | | | | | | | | $ | 244 | | | $ | 661 | $ | 1,155 |
| Wolfson Bolton - Debtor Counsel | | | 210 | | | | | | | | | | | | | | | | | | | | 260 | | | | 665 | | 1,135 |
| Kerr Russell - Debtor Counsel | | | 35 | | | | | | | | | | | | | | | | | | | | 16 | | | | 44 | | 95 |
| McDonald Hopkins - HNB Counsel | | | 90 | | | | | | | | 100 | | | | | | | | 100 | | | | | | | | 150 | | 440 |
| Bodman - Comerica Counsel | | | 34 | | | | | | | | 100 | | | | | | | | 100 | | | | | | | | 150 | | 384 |
| A&M - Lender Financial Advisor | | | 185 | | | | | | | | 100 | | | | | | | | 100 | | | | | | | | 140 | | 525 |
| Livingstone Partners - I-Banker | | | 25 | | | | | | | | | | | | | | | | | | | | 20 | | | | 55 | | 100 |
| Filing Fee | | | - | | | | | | | | | | | | | | | | | | | | 8 | | | | 2 | | 10 |
| US Trustee Fees | | | - | | - | | - | | - | | - | | - | | - | | - | | 228 | | - | | - | | - | | 121 | | 350 |
| Epiq - Claims Agent | | | - | | 20 | | 20 | | 40 | | 40 | | 40 | | 40 | | 20 | | 20 | | 20 | | 20 | | 20 | | 20 | | 320 |
| UCC - Counsel | | | - | | | | | | | | | | | | | | | | | | | | 80 | | | | 220 | | 300 |
| UCC - Financial Advisor | | | - | | | | | | | | | | | | | | | | | | | | 80 | | | | 220 | | 300 |
| **Total** | | $ | 829 | $ | 20 | $ | 20 | $ | 40 | $ | 340 | $ | 40 | $ | 40 | $ | 20 | $ | 548 | $ | 20 | $ | 728 | $ | 20 | $ | 2,448 | $ | 5,113 |
| Ordinary Course Pro Fees | | | 19 | | 22 | | 22 | | 24 | | 23 | | 20 | | 22 | | 22 | | 22 | | 21 | | 21 | | 21 | | 35 | | 295 |
| **Total Professional Fees - Cash** | | $ | 848 | $ | 42 | $ | 42 | $ | 64 | $ | 363 | $ | 60 | $ | 62 | $ | 42 | $ | 570 | $ | 41 | $ | 749 | $ | 41 | $ | 2,483 | $ | 5,408 |
| **Memo - Professional Fee Reserve** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Non-Customer Accrual | | | | $ | 320 | $ | 600 | $ | 880 | $ | 885 | $ | 1,165 | $ | 1,445 | $ | 1,725 | $ | 1,730 | $ | 2,010 | $ | 1,582 | $ | 1,932 | $ | - | | |
| Less: UCC Professionals | | | | | (50) | | (100) | | (150) | | (200) | | (250) | | (300) | | (350) | | (400) | | (450) | | (340) | | (390) | | - | | |
| **Total Professional Fee Reserve** | | | | $ | 270 | $ | 500 | $ | 730 | $ | 685 | $ | 915 | $ | 1,145 | $ | 1,375 | $ | 1,330 | $ | 1,560 | $ | 1,242 | $ | 1,542 | $ | - | | |