# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gissing North America LLC, a Delaware limited liability company, | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## DEBTORS' APPLICATION TO EMPLOY SPECIAL COUNSEL CARLSON GASKEY & OLDS PC

Debtors, through proposed counsel, for their *Application To Employ Special Counsel Carlson Gaskey & Olds PC* ("Application"), states as follows:

## JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334.

2.    This is a core proceeding under 28 U.S.C. § 157(b).

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22-46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

3.	Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

4.	Gissing North America LLC, Gissing Sidney LLC, Gissing Technologies LLC, Gissing Technologies Mexico LLC, Gissing Auburn LLC, Gissing Sumter LLC, Gissing Fremont LLC, and Gissing Greenville LLC (collectively, "Debtors") each commenced a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") on August 8, 2022 ("Petition Date").

5.	Debtors are continuing in possession of their property and are operating and managing their businesses as debtors-in-possession under Bankruptcy Code §§ 1107(a) and 1108.

6.	An official committee of unsecured creditors ("Committee") was appointed on August 15, 2022. [Docket No. 89].

7.	No trustee or examiner has been appointed in these Chapter 11 cases.

8.	Detailed facts about the Debtors and the reasons for the commencement of their Chapter 11 cases are set forth in the *Declaration of Steven R. Wybo in Support of Chapter 11 Petitions, First-Day Motions, And Other Relief* [Docket No. 14], which is incorporated into this Motion by

reference.

## Background Related To Employment Of Special Counsel

9.    Pre-petition, Debtors were engaged in litigation with Mitsuiya Industries, Co., Ltd. in the United States District Court for the Eastern District of Michigan, Southern Division, Case No. 20-cv-10941.

10.    In the pre-petition litigation, Mitsuiya alleges, among other things, that Debtors have misappropriated trade secrets.  Debtors vigorously dispute these allegations.

11.     Counsel for Debtors in the pre-petition litigation was Carlson Gaskey & Olds PC ("CGO").

12.    Mitsuiya filed Adv. Proc. No. 22-04186 against Debtors on August 20, 2022, which adversary proceeding appears to relate to the same subject matter as the pre-petition lawsuit.

13.    Accordingly, given CGO's familiarity with the factual and legal issues involved in the pre-petition litigation and the overlap with the present adversary proceeding, Debtors seek to retain CGO as special litigation counsel to assist Debtors in defending the adversary proceeding.

## RELIEF REQUESTED

14.    Debtors seek entry of an Order, substantially in the form of attached Exhibit 1, authorizing the Debtors to retain and employ CGO as

special litigation counsel.

## BASIS FOR RELIEF REQUESTED

15.     Section 327(e) of the Bankruptcy Code permits the retention of an attorney "for a specified special purpose, other than to represent the trustee in conducting the case . . . if in the best interest of the estate, and if such attorney does not represent or hold any interest adverse to the debtor or to the estate with respect to the matter on which such attorney is to be employed."

### A.     Necessity and Qualifications

16.     CGO is one of Michigan's leading intellectual property law firms that provides services such as patent prosecution, intellectual property litigation, business litigation, trademark prosecution, and representation before the International Trade Commission.

17.     At issue in the adversary proceeding commenced by Mitsuiya is the assertion that Debtors continue to use Mitsuiya's trade secrets.  This is a claim that Debtors vigorously dispute.  The professionals of CGO are not only familiar with the facts and legal issues related to Mitsuiya's asserted claim, but are also well-versed in the areas of intellectual property law that relate to Mitsuiya's claim.

18.     CGO represented Debtors in the pre-petition litigation with

Mitsuiya and Debtors believe that the professionals of CGO are uniquely situated to assist the Debtors with respect to the adversary proceeding commenced by Mitsuiya post-bankruptcy.

**B**.     **Services to Be Provided**

19.     CGO will serve as special litigation counsel pursuant to the terms of the engagement letter attached as Exhibit 6.

**C.     Professional Compensation**

20.     As set forth in the engagement letter, CGO will be compensated hourly at its standard hourly rates.

**D.     CGO Satisfies the Requirements for Employment under § 327(e) of the Bankruptcy Code**

21.     As set forth in the Declaration of Steven Susser attached as Exhibit 5 and to the best of Debtors' knowledge, information, and belief, CGO does not represent or hold any interest adverse to Debtors' bankruptcy estates or the Debtors with respect to the matter on which CGO is being employed.

22.     While CGO holds a pre-petition claim against Debtors related to unpaid legal services, CGO may be employed as special litigation counsel because CGO satisfies the requirements of § 327(e).  *See In re Statewide Pools, Inc.*, 79 B.R. 312, 314 (Bankr. S.D. Ohio 1987) ("[W]here employment is sought only for specific limited purposes, . . .  subsection

(e) of § 327 not only eliminates the disinterestedness requirement for a professional who has formerly represented the debtor, but also narrows the conflict of interest issue to one of factual evaluation of actual or potential conflicts only as related to the particular matters for which representation is sought.").

23.     Debtors have not made a previous request to this or to any other court for the relief sought in this Application.

WHEREFORE, Debtors respectfully request that the Court enter an order, substantially in the form attached as **Exhibit 1**, granting the relief requested in the Application and additional relief as is just and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated:  August 23, 2022         By:   /s/ Anthony J. Kochis
                                        Scott A. Wolfson (P53194)
                                        Anthony J. Kochis (P72020)
                                 3150 Livernois, Suite 275
                                 Troy, MI  48083
                                 Telephone:  (248) 247-7105
                                 Facsimile:  (248) 247-7099
                                 Email: akochis@wolfsonbolton.com

EXHIBIT 1

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gissing North America LLC, a Delaware limited liability company, | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## ORDER GRANTING DEBTORS' APPLICATION TO EMPLOY SPECIAL COUNSEL CARLSON GASKEY & OLDS PC

The Court having reviewed the *Application To Employ Special Counsel Carlson Gaskey & Olds PC* ("Application")[2] and the Declaration of Steven Susser filed in support of the Application, the Court having found that: (a) jurisdiction to consider the Application is proper under 28 U.S.C. §§ 157 and 1334; (b) venue is proper before this Court under 28 U.S.C. §§ 1408 and 1409; (c) notice of the Application was properly provided; and (d)

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22-46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

[2] Capitalized terms used but not defined have the meanings given to them in the Application.

good cause exists to grant the relief requested in the Application;

**IT IS HEREBY ORDERED** that:

1.    The Application is granted.

2.    Debtors are authorized to employ Carlson Gaskey & Olds PC pursuant to the terms described in the Application and the engagement letter attached as Exhibit 6 to the Application.

EXHIBIT 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gissing North America LLC, a Delaware limited liability company, | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I certify that, on August 23, 2022, I caused *Debtors' Application To Employ Special Counsel Carlson Gaskey & Olds PC* to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service, including the following:

William David Arnold on behalf of Interested Party Advanced Engineering Solutions, Inc.
darnold@rcolaw.com

Jason W. Bank on behalf of Creditor Gissing Automotive Systems, LLC
jbank@kerr-russell.com, ssmith@kerr-russell.com

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

Michelle H. Bass on behalf of Debtor In Possession Gissing Auburn LLC
mbass@wolfsonbolton.com, stravis@wolfsonbolton.com

Michelle H. Bass on behalf of Debtor In Possession Gissing Fremont LLC
mbass@wolfsonbolton.com, stravis@wolfsonbolton.com

Michelle H. Bass on behalf of Debtor In Possession Gissing North America LLC
mbass@wolfsonbolton.com, stravis@wolfsonbolton.com

Leslie K. Berg (UST) on behalf of U.S. Trustee Andrew R. Vara
Leslie.K.Berg@usdoj.gov

Patricia Burgess on behalf of Creditor Toyota Motor Engineering & Manufacturing North America, Inc.
pburgess@fbtlaw.com

Kelley Callard (UST) on behalf of U.S. Trustee Andrew R. Vara
Kelley.Callard@usdoj.gov

Kimberly Ross Clayson on behalf of Creditor BMW SLP S.A. de C.V.
kclayson@jaffelaw.com

Robert J. Diehl, Jr. on behalf of Creditor Comerica Bank
rdiehl@bodmanlaw.com

Tamar Dolcourt on behalf of Creditor Committee Official Committee of Unsecured Creditors of Gissing North America LLC
tdolcourt@foley.com

Deborah L. Fish on behalf of Creditor Mitsuiya Industries, Co., Ltd
dfish@allardfishpc.com

Deborah L. Fish on behalf of Plaintiff Mitsuiya Industries, Co., Ltd
dfish@allardfishpc.com

Jill M. Gies (UST) on behalf of U.S. Trustee Andrew R. Vara
jill.gies@usdoj.gov

Ronald E. Gold on behalf of Creditor Toyota Motor Engineering &

Manufacturing North America, Inc.
[rgold@fbtlaw.com](mailto:rgold@fbtlaw.com), [pburgess@fbtlaw.com;awebb@fbtlaw.com](mailto:pburgess@fbtlaw.com)

Eric Goldberg on behalf of Creditor Tesla, Inc.
[eric.goldberg@us.dlapiper.com](mailto:eric.goldberg@us.dlapiper.com), [eric-goldberg-1103@ecf.pacerpro.com](mailto:eric-goldberg-1103@ecf.pacerpro.com)

Geoffrey Goodman on behalf of Creditor Committee Official Committee of Unsecured Creditors of Gissing North America LLC
[ggoodman@foley.com](mailto:ggoodman@foley.com)

Jonathan S. Green on behalf of Creditor Ford Motor Company
[green@millercanfield.com](mailto:green@millercanfield.com)

Anthony J. Kochis on behalf of Debtor In Possession Gissing North America LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Auburn LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Fremont LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Greenville LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing North America LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Sidney LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Sumter LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Technologies LLC
[akochis@wolfsonbolton.com](mailto:akochis@wolfsonbolton.com), [stravis@wolfsonbolton.com](mailto:stravis@wolfsonbolton.com)

Anthony J. Kochis on behalf of Defendant Gissing Technologies Mexico LLC

akochis@wolfsonbolton.com, stravis@wolfsonbolton.com

Richard E. Kruger on behalf of Creditor BMW SLP S.A. de C.V.
rkruger@jaffelaw.com,
dgoldberg@jaffelaw.com;tneddermeyer@jaffelaw.com

Stephen S. LaPlante on behalf of Creditor Ford Motor Company
laplante@millercanfield.com, skoczylas@millercanfield.com

Scott N. Opincar on behalf of Interested Party Huntington National Bank
sopincar@mcdonaldhopkins.com

Nancy A. Peterman on behalf of Creditor Mitsuiya Industries, Co., Ltd
petermann@gtlaw.com

Nancy A. Peterman on behalf of Plaintiff Mitsuiya Industries, Co., Ltd
petermann@gtlaw.com

James A. Plemmons on behalf of Creditor Stellantis
jplemmons@dickinsonwright.com

Peter J. Roberts on behalf of Creditor Jiangsu Shifeng New Materials Co.,
Ltd.
PRoberts@cozen.com

Florence Rostami on behalf of Creditor Mitsuiya Industries, Co., Ltd
frostami@rostamilaw.com

Florence Rostami on behalf of Plaintiff Mitsuiya Industries, Co., Ltd
frostami@rostamilaw.com

Edward Todd Sable on behalf of Creditor General Motors LLC
tsable@honigman.com, litdocket@honigman.com

John A. Simon on behalf of Creditor Committee Official Committee of
Unsecured Creditors of Gissing North America LLC
jsimon@foley.com

Michael J. Small on behalf of Creditor Committee Official Committee of
Unsecured Creditors of Gissing North America LLC

msmall@foley.com

Marie Kimberly Stagg on behalf of Creditor Stellantis
kstagg@dickinson-wright.com

Brian R. Trumbauer on behalf of Creditor Comerica Bank
btrumbauer@bodmanlaw.com

Ann Marie Uetz on behalf of Creditor Committee Official Committee of
Unsecured Creditors of Gissing North America LLC
auetz@foley.com, rday@foley.com

Glenn S. Walter on behalf of Creditor General Motors LLC
gwalter@honigman.com

A.J. Webb on behalf of Creditor Toyota Motor Engineering & Manufacturing
North America, Inc.
awebb@fbtlaw.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Auburn LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Fremont LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Greenville LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing North America
LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Sidney LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Sumter LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Technologies
LLC

swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Debtor In Possession Gissing Technologies Mexico LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Auburn LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Fremont LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Greenville LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing North America LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Sidney LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Sumter LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Technologies LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson on behalf of Defendant Gissing Technologies Mexico LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Respectfully submitted,

WOLFSON BOLTON PLLC
*Proposed Counsel to Debtors*

Dated: August 23, 2022       By:   /s/ Anthony J. Kochis
                                   Scott A. Wolfson (P53194)
                                   Anthony J. Kochis (P72020)
                                   Thomas J. Kelly (P78754)
                           3150 Livernois, Suite 275
                           Troy, MI 48083
                           Telephone: (248) 247-7105
                           E-Mail:akochis@wolfsonbolton.com

EXHIBIT 5

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gissing North America LLC, a Delaware limited liability company, | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF STEVEN SUSSER IN SUPPORT OF DEBTORS' APPLICATION TO EMPLOY SPECIAL COUNSEL CARLSON GASKEY & OLDS PC

I, Steven Susser, state:

1.      I am a partner with the law firm of Carlson Gaskey & Olds PC

("CGO") and a member in good standing of the State Bar of Michigan.

2.      I am familiar with the facts and circumstances set forth in this

Declaration, and I am in all respects competent to make this Declaration in

Support of the Application.[2]

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22-46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

3.     Unless otherwise stated, this Declaration is based upon my personal knowledge.

4.     I have reviewed *Debtors' Application To Employ Special Counsel Carlson Gaskey & Olds PC* ("Application") and the statements contained in the Application are true and accurate to the best of my information, knowledge, and belief.

5.     Pre-petition, CGO was engaged to represent Debtors in various litigation matters, including with respect to litigation commenced by Mitsuiya Industries, Co., Ltd. in the United States District Court for the Eastern District of Michigan, Southern Division, Case No. 20-cv-10941.

6.     Pre-petition, CGO was also engaged by Debtors to provide intellectual property services, such as trademark prosecution and patent opinion work.

7.     As of the Petition Date, CGO is owed $217,219.39 by Debtors, of which $198,946.92 relates to pre-petition services on the Mitsuiya pre-petition lawsuit.

---

[2] Capitalized terms used but not defined in this Declaration have the meanings given them in Debtors' Application To Employ Special Counsel Carlson Gaskey & Olds PC.

8.　CGO has conducted a conflict check, through a search of its client database, regarding its connections with the Debtors and other parties in interest in these Chapter 11 cases.

9.　A search of CGO's client database is designed to reveal any representation of, or potential conflict with, the entity searched or any known subsidiary or affiliate.  This search was as complete as reasonably possible under the circumstances, but CGO recognizes that additional parties in interest may surface during the course of these Chapter 11 cases.

10.　To the best of my knowledge as of the date of this Declaration, CGO's conflict check has not revealed the existence of any matters adverse to the interests of Debtors or Debtors' bankruptcy estates, with respect to the matters for which CGP is to be employed under the engagement letter attached as Exhibit 6 to the Application.

11.　I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 23, 2022　　　　　　　By:　/s/ Steven Susser
　　　　　　　　　　　　　　　　　　　　　　　Steven Susser
Executed in Birmingham, Michigan

EXHIBIT 6

# CARLSON, GASKEY & OLDS

### A PROFESSIONAL CORPORATION

David L. Atallah
Todd W. Barrett
Timothy C. Bradley
Stephen A. Burch
Karin H. Butchko
John E. Carlson
Anthony P. Cho
Benjamin J. Coon
Jessica Fleetham
David J. Gaskey
William S. Gottschalk

400 WEST MAPLE ROAD
SUITE 350
BIRMINGHAM, MI 48009
Telephone 248.988.8360
Facsimile 248.988.8363

Quincy J. Harrison
Matthew L. Koziarz
Kerrie A. Laba
Timothy J. Murphy
Theodore W. Olds, III
Laura E. Parker
Stephen A. Sequin
John M. Siragusa
Steven Susser
Alex Szypa
Brian S. Tobin

August 23, 2022

Direct Dial: 248.283.0734
Email: ssusser@cgolaw.com

**VIA EMAIL**

Steven Wybo
Chief Restructuring Officer
Riveron
401 South Old Woodward Avenue
Suite 340
Birmingham, MI 48009
steven.wybo@riveron.com

  Re:  **Engagement Agreement for In re Gissing North America LLC and Other Debtors**

Dear Mr. Wybo:

  This is an engagement letter for services on behalf of the following entities (referred to as "Debtors" in this letter agreement):

- Gissing North America, LLC (Case No. 22-46160)
- Gissing Auburn LLC (22-46169)
- Gissing Fremont LLC (22-46170)
- Gissing Greenville LLC (22-46171)
- Gissing Sidney LLC (46172)
- Gissing Sumter LLC (22-46173)
- Gissing Technologies LLC (22-46174)
- Gissing Technologies Mexico LLC (22-46175)

  I address this letter to you as Chief Restructuring Office for the Debtors. The purpose of this letter is to set forth our understanding of the terms and conditions under which the Debtors retain Carlson, Gaskey & Olds ("CGO") to perform legal services.

1. **Scope of engagement**: CGO shall provide consulting and legal services to Debtors in connection with an adversary proceeding in the United States Bankruptcy Court for the Eastern District of Michigan started by Mitsuiya Industries, Co. Ltd. entitled *Mitsuiya Industries, Co., Ltd. v. Gissing North America LLC et al*. (Case No. 22-46160).

2. **Duties**: CGO agrees to provide requested legal services to Debtors. We owe to Debtors a duty to preserve their confidences and secrets that we acquire under the attorney-client relationship, a duty to exercise our independent professional judgment on Debtors' behalf, a duty of loyalty, and a duty to represent Debtors competently.

3. **Contact**: As your principal contact, I will make sure that Debtors' legal matters are resolved quickly, efficiently, and in a manner that maximizes the benefit to you.

4. **Rates**: Brian Tobin and I will be the principal attorneys working on this matter. My current hourly rate in effect is $460 per hour. Brian's current hourly rate in effect is $390.

5. **Payment**: Debtors agree to pay the amount of legal fees and costs invoiced by CGO through the normal processes for the tender of payment to professionals as instituted in this matter.

6. **Termination**: Debtors may terminate this Agreement at any time and for any or no reason. CGO may terminate this Agreement under the following circumstances: If Debtors breach this agreement, including failing to pay any invoice as it comes due; if Debtors fail to cooperate with CGO in its representation; if CGO cannot proceed with the representation for professional or ethical reasons (such as a presently unknown conflict of interest). If CGO terminates, it will give reasonable notice to enable you to secure other counsel. Debtors agree to execute any documents necessary to complete the withdrawal. In the event of a termination, Debtors shall be responsible for any outstanding legal fees and costs.

7. **Materials**: If our engagement ends, you agree that any materials left with us after the engagement may be retained or destroyed, at our discretion.

8. **Full Agreement**: This agreement represents the entire agreement between us. To avoid any misunderstanding over the terms of this representation, this agreement shall not be modified or waived in any respect except in writing signed by both parties.

Please review this letter carefully. If you agree that it accurately reflects our understanding, please sign one of copy of the letter and return it to our office. We look forward to a long-standing, mutually satisfying relationship.

Very Truly Yours,

CARLSON, GASKEY & OLDS, PC

Steven Susser

**I AM AUTHORIZED TO SIGN THIS ENGAGEMET AGREEMENT AND I AGREE TO IT ON BEHALF OF DEBTORS.**


_____
Steven Wybo
(on behalf of Debtors)

Dated: _____