# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Gissing North America LLC, a Delaware limited liability company, *et al.,* | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES AND STATEMENTS

## INTRODUCTION

The Schedules of Assets and Liabilities (collectively, "Schedules") and Statements of Financial Affairs (collectively, "Statements," and, together with the Schedules, "Schedules and Statements") filed by Debtors in the United States Bankruptcy Court for the Eastern District of Michigan ("Bankruptcy Court") were prepared in accordance with Section 521 of Title 11 of the United States Code ("Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") by Debtors' management with the assistance of Debtors' professional advisors, and are unaudited.

The Schedules and Statements have been signed by Steven R. Wybo, Chief Restructuring Officer of Debtors. Mr. Wybo has not (nor could

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22-46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors, classifications of such amounts, and addresses.  In addition, Mr. Wybo has not (nor could have) personally verified the completeness of the Schedules and Statements nor the accuracy of any information contained therein.  In reviewing and signing the Schedules and Statements, Mr. Wybo necessarily relied upon various personnel of Debtors and Debtors' professional advisors and their efforts, statements, and representations in connection therewith.  Although management has made reasonable efforts to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, subsequent information or the discovery thereof may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may exist.

These Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules and Statements ("Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.  The Global Notes are in addition to any specific notes contained in Debtors' Schedules or Statements.  The disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, will be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

**The Schedules, Statements, and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of Debtors.**

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.    General Reservation of Rights.  Although Debtors' management has made every reasonable effort to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the Schedules and Statements, and inadvertent errors or omissions may have occurred, some of which may be material.  Because the Schedules and Statements contain

unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. Debtors reserve all rights to amend the Schedules and Statements from time to time in any and all respects and as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification, or to otherwise subsequently designate any claim ("<u>Claim</u>") as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules and Statements will constitute an admission of any claims or a waiver of any of Debtors' rights with respect to Debtors' Chapter 11 cases, including issues involving substantive consolidation, recharacterization, equitable subordination, and causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

2.  <u>Description of Case and "As Of" Information Date</u>.  On August 8, 2022 ("<u>Petition Date</u>"), Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court. Debtors continue to operate their business and manage their assets as debtors-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  No request for the appointment of a trustee or examiner has been made in Debtors' Chapter 11 cases.  Unless otherwise stated in these Global Notes, assets and liabilities are reported as of August 8, 2022.

3.  <u>Basis of Presentation</u>.  The Schedules and Statements purport to reflect Debtors' assets and liabilities.  Debtors reserve all rights relating to the legal ownership of assets and liabilities and nothing in the Schedules or Statements will constitute a waiver or relinquishment of such rights. Information contained in the Schedules and Statements has been derived from Debtors' books and records. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements.

4. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts included in Debtors' books and records. To the extent there are unknown or undetermined amounts, the actual totals may be different than the listed total, and the difference may be material. In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

5. <u>Excluded Assets and Liabilities</u>. Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including certain deferred expenses and deferred revenue items, and related lease liabilities and certain accrued liabilities. Debtors have also excluded potential claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist. Certain immaterial assets and liabilities that are not reported or tracked centrally may have been excluded.

6. <u>Amendments and Supplements; All Rights Reserved</u>. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; inadvertent errors or omissions, however, may exist. Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time as is necessary and appropriate in their sole discretion.

7. <u>References</u>. References to applicable loan agreements and related documents are necessary for a complete description of the collateral and the nature, extent, and priority of liens or claims. Nothing in the Global Notes or the Schedules and Statements will be deemed a modification or interpretation of the terms of such agreements.

8. <u>Currency</u>. All amounts are reflected in U.S. dollars. Amounts originally denominated in foreign currencies have been converted to U.S. dollar equivalents in accordance with Debtors' pre-filing accounting practices.

9. <u>Book Value</u>. Unless otherwise indicated, Debtors' assets and liabilities are shown on the basis of its net book values as of August

8, 2022. Thus, unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on Debtors' books. Net book values may vary, sometimes materially, from market values. Debtors do not intend to amend these Schedules and Statements to reflect market values.

10.  Paid Claims. The Bankruptcy Court authorized Debtors to pay certain outstanding prepetition Claims—including, but not limited to, payments to employees—pursuant to various "first day" orders entered by the Bankruptcy Court. Specifically, the *Order Granting Debtors' First-Day Motion For an Order Authorizing Debtors to Pay Pre-Petition Wages, Compensation, and Employee Benefits* ("Employee Claims Order") [DN 53] entered on August 11, 2022, granted Debtors authorization to pay and honor all pre-petition claims in an amount not to exceed $15,150 payable to, or on behalf of any individual Employee. The payments made by Debtors pursuant to the Employee Claims Order constitute priority claims that have been reduced by post-petition payments made on account of prepetition liabilities. Because these liabilities are no longer in existence, they are not included on Schedule E.

With regard to claims not provided for by the Employee Claims Order, to the extent Debtors later pay any of the Claims listed in the Schedules and Statements pursuant to any similar or other such orders entered by the Bankruptcy Court, Debtors reserve all rights to amend or supplement the Schedules and Statements or take other action, such as filing Claim objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

11.  Recharacterization. Notwithstanding that Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. Debtors reserve all rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate before any plan or disclosure statement being filed.

12. <u>Claims of Third-Party Entities</u>.    Although Debtors have made reasonable efforts to properly classify each Claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, or contingent or non-contingent, Debtors have not been able to fully reconcile all payments made to certain third-party entities on account of Debtors' obligations to both such entity and its affiliates.  Therefore, if Debtors have classified its estimate of Claims of a creditor as disputed, for example, all Claims of such creditor's affiliates listed in the Schedules and Statements will similarly be considered disputed, regardless of whether they are individually designated as such.

13. <u>Liabilities</u>.  Debtors have allocated liabilities between the prepetition and post-petition periods based on information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available, and further research is conducted, particularly with respect to Debtors' payable accounts, the allocation of liabilities between the prepetition and post-petition periods may change.  Debtors reserve all rights to amend the Schedules and Statements as they deem appropriate.

    The liabilities listed on the Schedules and Statements do not reflect any analysis of claims under Section 503(b)(9) of the Bankruptcy Code.  Accordingly, Debtors reserve all rights to dispute or challenge the validity of any asserted claims under Section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

14. <u>Guarantees and Other Secondary Liability Claims</u>.    Where guarantees have been identified, they have been included in the relevant liability Schedule for Debtors affected by such guarantee. Debtors have also listed such guarantees on the applicable Schedule H.  It is possible that certain guarantees embedded in Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.    Debtors reserve all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

15. <u>Intercompany Claims</u>.  Debtors' intercompany balances are reported as of August 5, 2022.  Intercompany balances were obtained from unaudited financial statements of Debtors.  The intercompany balances reflect transactions arising from activity between a Debtor and non-Debtor affiliates.

16. <u>Intellectual Property Rights</u>.  The exclusion of certain intellectual property will not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Conversely, inclusion of certain intellectual property will not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  Debtors have made significant efforts to attribute intellectual property to the rightful Debtor owner.  Accordingly, Debtors reserve all rights with respect to the legal status of any and all such intellectual property rights.

17. <u>Executory Contracts and Unexpired Leases</u>.  Debtors have not set forth executory contracts or unexpired leases as assets in the Schedules and Statements.  Instead, Debtors' executory contracts and unexpired leases have been set forth in Schedule G.  In addition, while Debtors have made diligent attempts to properly identify all executory contracts and unexpired leases, inadvertent errors, omissions, or over-inclusion may have occurred.

18. <u>Claims Description</u>.  Schedules D and E/F permit Debtors to designate a Claim as "disputed," "contingent," or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by Debtors that such amount is not "disputed," "contingent," or "unliquidated" or that such Claim is not subject to objection.  Debtors reserve all rights to dispute any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such Claims as "disputed," "contingent," or "unliquidated."  In addition, Debtors reserve their

rights to object to any listed Claim on the grounds that, among other things, the Claim has already been satisfied.

19.  Causes of Action.  Despite their reasonable efforts, Debtors may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.  Debtors reserve all of their rights for any claims, causes of action, or avoidance actions they may have, and neither these Global Notes nor the Schedules and Statements will be deemed a waiver of any such claims, causes of actions, or avoidance actions or in any way prejudice or impair the assertion of such claims.

20.  Undetermined Amounts.  Claim amounts that could not readily be quantified by Debtors are scheduled as "unknown," "TBD," or "undetermined".  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

21.  Liens.  Property and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property or equipment.

22.  Employee Addresses.  Current employee, former employee, and director addresses have been removed from entries listed throughout the Schedules and Statements, where applicable.

23.  Estimates.  To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

24.  Credits and Adjustments.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to Debtors.  Debtors reserve all of their rights with regard to

such credits, allowances, and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

25. <u>Setoffs</u>.  Debtors incur certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, filebacks, negotiations, or disputes between Debtors and their vendors and customers.  These offsets and other similar rights are consistent with the ordinary course of business in Debtors' industries and are not tracked separately.  Although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for and are therefore excluded from the Schedules.

26. <u>Global Notes Control</u>.  If the Schedules and Statements differ from these Global Notes, the Global Notes will control.

27. <u>Confidentiality</u>.  There may be instances in the Schedules and Statements where Debtors have deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Typically, Debtors have used this approach because of an agreement between Debtors and a third party, concerns of confidentiality, or concerns for the privacy of, or otherwise preserving the confidentiality of, personally identifiable information.

## **General Disclosures Applicable to Schedules**

28. <u>Classifications</u>.  Listing a Claim (a) on Schedule D as "secured," (b) on Schedule E/F as "priority," or (c) on Schedule E/F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by Debtors of the legal rights of the claimant, or a waiver of Debtors' rights to recharacterize or reclassify such Claim or contract.

29. <u>Schedule A/B – Real and Personal Property</u>.

(a) <u>Schedule A/B.3: Checkings, Savings, Money Market, or Financial Brokerage accounts</u>.  Bank account balances are as of the end of business on the Petition Date.

(b) <u>Schedule A/B.11: Accounts Receivable</u>.  Accounts Receivable balances are as of the end of business on August 8, 2022 and do not include intercompany balances.

(c) <u>Schedule A/B.15: Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, Including Any Interest in an LLC, Partnership, or Joint Venture</u>.  Equity interests in subsidiaries and affiliates arise from common equity interest ownership.  For purposes of these Schedules, the value of Debtors' interests is undetermined.

(d) <u>Schedule A/B Parts 5, 7, 8, and 9: Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment and Collectibles; Machinery, Equipment, and Vehicles; Real Property</u>.

   (i) An external or professional valuation of Debtors' inventory has not been taken.  Dollar amounts present reflect book value as of August 8, 2022.

   (ii) Debtors obtained an appraisal of equipment performed by Gordon Brothers in October 2021, an appraisal of its Auburn real estate by BBG in October 2021, and an appraisal of its Sumter real estate by Colliers in October 2021.  Debtors Schedules utilize these appraisal figures where appropriate. Otherwise, an external or professional valuation of Debtors' office furniture, fixtures, equipment, machinery, vehicles, and real property has not been taken.

   (iii) Dollar amounts for fixed assets are presented net of accumulated depreciation and other adjustments as of July 31, 2022.

(e) <u>Schedule A/B.60, A/B.61, A/B.62 and A/B.63: Patents, Copyrights, Trademarks, and Trade Secrets; Internet Domain</u>

Names and Websites; Licenses, Franchises, and Royalties; Customer Lists, Mailing Lists, or Other Compilations. Patents, trademarks, and other intellectual property listed in Schedules A/B.60, A/B.61, A/B.62, and A/B.63 have an undetermined value on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value. Nothing in these Global Notes or in the Schedules and Statements will be construed as an admission or acknowledgment by Debtors that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and Debtors reserve all rights with respect to any such issues

(f)     Schedule A/B.72: Interests in Net Operating Losses ("NOLs"). Debtors are considered a partnership for tax purposes and all NOLs would flow out to the owners.

(g)     Schedule A/B.73: Interests in Insurance Policies or Annuities. Debtors believe that there is little or no cash value to the vast majority of Debtors' insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part 11. All current insurance policies are listed on Schedule G.

30.     Schedule D – Creditors Holding Secured Claims. The Claims listed on Schedule D arose or were incurred on various dates. A determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or have been incurred on or before August 8, 2022.

Except as otherwise ordered by the Bankruptcy Court, Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although Debtors may have scheduled Claims of various creditors as secured Claims, Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of

any such transaction or any document or instrument related to such creditor's Claim. To that end, Debtors take no position as to the extent or priority of any particular creditor's lien in the Schedules and Statements. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability. Reference to the applicable loan documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in these Global Notes or the Schedules and Statements will be deemed a modification or interpretation of the terms of such agreements. Debtors have made reasonable, good faith efforts to include all known liens on Schedule D but may have inadvertently omitted to include an existing lien because of, among other things, the possibility that a lien may have been imposed after Debtors' Uniform Commercial Code searches were performed or a vendor may not have filed the requisite perfection documentation.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D. Debtors reserve all rights to amend Schedule D if Debtors determine that any Claims associated with such agreements should be reported on Schedule D.

Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

31.    <u>Schedule E/F – Creditors Holding Unsecured Claims</u>. Debtors have not listed on Schedule E/F any tax related obligations. Debtors believe that all such Claims have been or will be satisfied in the ordinary course during their Chapter 11 cases.

Debtors have used reasonable efforts to report all general unsecured Claims against Debtors on Schedule E/F based upon Debtors' existing books and records as of the Petition Date; however, inadvertent errors or omissions may have occurred. The Claims listed on Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. In addition, the Claims of individual creditors for, among other things, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on Debtors' books

and records and may not reflect credits, rebates, or allowances due from such creditors to Debtors. The Claims and amounts listed in respect of certain trade payables reflect amounts owed as of the Petition Date.

Debtors may pay additional Claims listed on Schedule E/F during their Chapter 11 cases pursuant to orders of the Bankruptcy Court, and reserve all rights to update Schedule E/F to reflect such payments. In addition, certain Claims listed on Schedule E/F may be entitled to priority under Section 503(b)(9) of the Bankruptcy Code.

Schedule E/F also contains information regarding pending litigation involving Debtors. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules and Statements. Some of the litigation Claims listed on Schedule E/F may be subject to subordination pursuant to Section 510 of the Bankruptcy Code.

32. <u>Schedule G – Executory Contracts and Unexpired Leases</u>. While reasonable efforts have been made to ensure the accuracy of Schedule G, Debtors' businesses are complex and inadvertent errors, omissions, or overinclusion may have occurred. Each lease and contract listed in Schedule G may include one or more ancillary documents, including any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals, and partial releases, all of which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth on Schedule G. In addition, Debtors may have entered into various other types of agreements in the ordinary course of business, such as financing agreements, indemnity agreements, subordination, non-disturbance agreements, supplemental agreements, amendments and letter agreements, title agreements, and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts may not have been memorialized in writing and could be subject to dispute.

Debtors reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. The omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Likewise, the inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease, or that such agreement was in effect on the Petition Date or is valid and enforceable, and Debtors reserve all rights in that regard, including the right to assert that any agreement is not executory, has expired pursuant to its terms, is severable in whole or in part, or was terminated before the Petition Date.

33. <u>Schedule H – Co-debtors</u>. Although Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. Debtors reserve all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to further amend or supplement such Schedule as necessary.

Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's Claim. The listing of a contract, guaranty, or other obligation on Schedule H will not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their businesses, Debtors are involved in pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statements and Schedules, they may not have been set forth individually on Schedule H.

Schedule H also reflects guarantees by Debtors. Debtors may not have identified certain guarantees that are embedded in Debtors' executory contracts, unexpired leases, debt instruments, and other

such agreements. Thus, Debtors reserve the right to amend the Schedules if additional guarantees are identified or if such guarantees are discovered to have expired or are unenforceable.

## General Disclosures Applicable to Statements

34.  Questions 1 and 2.  The gross revenue and non-business revenue reported for the current fiscal year are through August 8, 2022.

35.  Question 3 and 4.  For certain creditors receiving payment, Debtors maintain multiple addresses for such vendor.  Efforts have been made to attribute the correct address for such vendor, however, in certain instances, alternate addresses may be applicable for a party listed in response to Question 3.

Before the Petition Date, Debtors maintained a centralized Cash Management System through which Gissing North America, Inc. made certain payments on behalf of other Debtors.  Consequently, unless specifically listed separately, all payments to creditors and insiders listed in response to Questions 3 and 4 on Debtors' Statements reflect payments made by Gissing North America, Inc. from operating bank accounts on behalf of the corresponding Debtor, pursuant to Debtors' Cash Management System as described in *Debtors' First-Day Motion for Entry of an Order Authorizing the Continued Use of Debtors' Pre-Petition Cash Management System, Bank Accounts, Commercial Cards, and Business Forms* [Docket No. 6].

For purposes of the Schedules and Statements, Debtors define insiders as individuals that, based upon the totality of circumstances, have a controlling interest in or exercise sufficient control over Debtors so as to dictate corporate policy and the disposition of assets.  Debtors do not take any position with respect to (a) such person's influence over the control of Debtors; (b) the management responsibilities or functions of such individuals; (c) the decision-making or corporate authority of such individuals; or (d) whether any such individual could successfully argue that he or she is not an "insider" under applicable law, including federal securities law, or with respect to any theories of liability or any other purpose.  Debtors reserve all rights to dispute whether someone identified in response

to Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

36. <u>Question 7</u>. Debtors reserve all rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suit or proceeding will not constitute an admission by Debtors of any liabilities or that the suit or proceeding was correctly filed against Debtors. Debtors also reserve their rights to assert that any Debtor is not an appropriate party to any such suit or proceeding.

37. <u>Question 10</u>. While Debtors have made reasonable efforts to respond comprehensively to Question 10, certain de minimis losses, which are not tracked separately, may have been omitted.

38. <u>Question 11</u>. Certain of the listed payments may have been paid for services outside of debt consolidation, restructuring, or bankruptcy relief.

39. <u>Question 13</u>. While Debtors have made reasonable efforts to respond comprehensively to Question 13, certain de minimis asset sales and transfers may be omitted unintentionally.

40. <u>Question 21</u>. In the ordinary course of business, Debtors hold certain customer-owned items under a bailment arrangement, which includes items such as tooling, returnable dunnage, and other bailed property owned by customers. Debtors have attempted to identify those customers whose property is being held by Debtors.

41. <u>Question 27</u>. The company performs a full physical count at least once a year, no more than 30 days before year end close, for all inventory items, including finished goods, work in process, raw materials, samples, and maintenance, repair, and operating inventory. Additionally, each item of stock, covered by the approved Inventory Cycle Counting Program, must be counted at least twice annually, and achieve a 97% accuracy rate over at least 6 months. The company's basis for inventory value is FIFO.

42. <u>Question 30</u>. For this question, please reference Statement of Financial Affairs, Question 4.

Debtor    Gissing North America LLC

United States Bankruptcy Court for the:    Eastern District of Michigan

Case number    22-46160
(if known)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
| --- |
| $0.00 |

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
| --- |
| $2,540,687.10 |

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
| --- |
| $2,540,687.10 |

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| |
| --- |
| $41,235,165.55 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| |
| --- |
| UNKNOWN |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| |
| --- |
| +      $62,769,589.14 |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| |
| --- |
| $104,004,754.69 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Gissing North America LLC |
| United States Bankruptcy Court for the: | Eastern District of Michigan |
| Case number (if known) | 22-46160 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.   DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.   CASH ON HAND**

NONE

**3.   CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | HUNTINGTON BANK ACCOUNT | CASH DISBURSEMENT | 634 | $0.00 |
| 3.2. | HUNTINGTON BANK ACCOUNT | CHECKING ACCOUNT | 595 | $0.00 |
| 3.3. | HUNTINGTON BANK ACCOUNT | OPERATING ACCOUNT | 051 | $531,827.72 |
| 3.4. | HUNTINGTON BANK ACCOUNT | RECEIVABLE COLLECTION | 048 | $518,023.58 |

**4.   OTHER CASH EQUIVALENTS**

NONE

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $1,049,851.30 |
|---|---|---|

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6.   DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

| | | Current value of debtor's interest |
|---|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
|---|---|---|
| 7.1. | AURORA - RETAINER | $25,000.00 |
| 7.2. | KERR RUSSEL - RETAINER | $25,000.00 |
| 7.3. | LIVINGSTONE - RETAINER | $125,000.00 |
| 7.4. | RIVERON - RETAINER | $100,000.00 |
| 7.5. | WOLFSON BOLTON - RETAINER | $89,063.57 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT
**NONE**

| 9 | Total of Part 2. ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $364,063.57 |
|---|---|---|

**Part 3:    ACCOUNTS RECEIVABLE**

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**
☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|

**11. ACCOUNTS RECEIVABLE**

| 12 | Total of Part 3. CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |
|---|---|---|

**Part 4:    INVESTMENTS**

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**
☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1**

NAME OF FUND OR STOCK:

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | GISSING MEXICO S.DE R.L. DE C.V. | 99.97% | UNDETERMINED |
| 15.2. | GISSING SIDNEY LLC | 100% | UNDETERMINED |
| 15.3. | GISSING TECHNOLOGIES LLC | 100% | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

**17**    **Total of Part 4.**
ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83.

UNDETERMINED

---

**Part 5:**    **INVENTORY, EXCLUDING AGRICULTURE ASSETS**

**18.**    **DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| **19. RAW MATERIALS** | | | | |
| **20. WORK IN PROGRESS** | | | | |
| **21. FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22. OTHER INVENTORY OR SUPPLIES** | | | | |

**23**    **Total of Part 5.**
ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84.

NOT APPLICABLE

**24.**    **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**    **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)**

**27.**    **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|------------------------------------------|-------------------------------------|
| **28. CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29. FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30. FARM MACHINERY AND EQUIPMENT (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31. FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32. OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

**33**    **Total of Part 6.**
ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85.

NOT APPLICABLE

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **OFFICE FURNITURE** | | | |
| 39.1. AMOUNT INCLUDED IN QUESTION 41 | | | |
| **40.** **OFFICE FIXTURES** | | | |
| 40.1. AMOUNT INCLUDED IN QUESTION 41 | | | |
| **41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. OFFICE EQUIPMENT, FIXTURES AND FURNITURE | $10,385.06 | NET BOOK VALUE | $10,385.06 |
| **42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES **NONE** | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $10,385.06 |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Official Form 206A/B    Schedule A/B: Assets - Real and Personal Property    Page 4 of 8

| General description | | | |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |

**47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES**

NONE

**48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS

NONE

**49. AIRCRAFT AND ACCESSORIES**

NONE

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| 50.1. | EQUIPMENT USED IN PRODUCTION PROCESSES | $275,726.85 | APPRAISED VALUE AS OF OCT 2021 - ORDERLY LIQUIDATION VALUE (PERFORMED BY GORDON BROTHERS) | $310,000.00 |

**51 Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.

$310,000.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

---

**Part 9:  REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. | 28031 GRAND OAKS COURT, WIXOM, MI 48393 | LEASEHOLD | $0.00 | N/A | $0.00 |

**56 Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: INTANGIBLES AND INTELLECTUAL PROPERTY

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60. PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61. INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62. LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| **63. CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
|    63.1.   CUSTOMER LIST | UNDETERMINED | | UNDETERMINED |
| **64. OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| **65. GOODWILL** | | | |
| **66 Total of Part 10.** ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11: ALL OTHER ASSETS

**70. DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |
| **71. NOTES RECEIVABLE** | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **NONE** | |
| **72. TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **NONE** | |
| **73. INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| **NONE** | |
| **74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |

| | | Current value of debtor's interest |
|---|---|---|

**74. CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)**

| 74.1. | MITSUIYA INDUSTRIES CO LTD [CASE 2:20-CV-10941-TGB-RSW] | UNDETERMINED |
|---|---|---|
| **Nature of claim** | POTENTIAL COUNTER CLAIM | |
| **Amount requested** | UNDETERMINED | |

**75. OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS**

| 75.1. | LOSS ON INVESTIGATION EXPENSES, OVERTIME COSTS, AND TRANSPORTATION COSTS | $806,387.17 |
|---|---|---|
| **Nature of claim** | CYBER ATTACK ON THE COMPANY'S ERP | |
| **Amount requested** | $806,387.17 | |

**76. TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY**

NONE

**77. OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

NONE

| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $806,387.17 |
|---|---|---|

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,049,851.30 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | $364,063.57 | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,385.06 | |
| **87.** | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $310,000.00 | |
| **88.** | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | $0.00 |
| **89.** | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |

| 90. | **All other assets.** *Copy line 78, Part 11.* | **+** | $806,387.17 | |
|---|---|---|---|---|

| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $2,540,687.10 | **+** 91b. | $0.00 |
|---|---|---|---|---|

| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $2,540,687.10 |
|---|---|---|
| | . | |

Debtor    Gissing North America LLC

United States Bankruptcy Court for the:    Eastern District of Michigan

Case number    22-46160
(if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.    **1. Do any creditors have claims secured by debtor's property?**

     ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

     ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.1 | **Creditor's name**<br>ADVANCED ENGINEERING SOLUTIONS INC | **Describe debtor's property that is subject to a lien**<br>SECURED PARTY CLAIMS A MOLDBUILDERS LIEN PURSUANT TO OHIO REVISED CODE SECTION 1333.33 ON VARIOUS MOLDS, TOOLS, FIXTURES AND SPLASHES, TOGETHER WITH ALL ADDITIONS, ACCESSIONS, AND PROCEEDS THEREOF ON EXHIBIT A TO UCC FINANCING STATEMENT | $558,030.00 | UNDETERMINED |
| | **Creditor's mailing address**<br>250 ADVANCED DR<br>SPRINGBORO, OH 45066 | | | |
| | **Creditor's email address** | **Describe the lien**<br>UCC FINANCING STATEMENT - MOLDBUILDERS LIEN | | |
| | **Date or dates debt was incurred**<br>VARIOUS | | | |
| | **Last 4 digits of account number:** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.2 | **Creditor's name** FRIMO INC | **Describe debtor's property that is subject to a lien** ONE (1) TYPE HK-R 50000 METERING MACHINE AND BOOM, ONE (1) MIXHEAD, ONE (1) STEEL POUR BOX; MANUFACTURING EQUIPMENT LOCATED AT GISSING GREENVILLE, FOUNTAIN INN, | $158,799.00 | $310,000.00 |
|---|---|---|---|---|
| | **Creditor's mailing address** 50685 CENTURY CT WIXOM, MI  48393 | | | |
| | **Creditor's email address** | **Describe the lien** UCC FINANCING STATEMENT | | |
| | **Date or dates debt was incurred** VARIOUS | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | | |

| 2.3 | **Creditor's name** GENERAL MOTORS LLC | **Describe debtor's property that is subject to a lien** ASSETS AS SUBORDINATED PER AGREEMENT | $5,658,019.87 | $310,000.00 |
|---|---|---|---|---|
| | **Creditor's mailing address** ATTN MARK W FISCHER COLE ENGINEERING CTR 29755 LOUIS CHEVROLET RD, M/C 480-210-8S WARREN, MI  48090-9020 | **Describe the lien** UCC FINANCING STATEMENT PER ACCOMMODATION & ACCESS AGREEMENT | | |
| | **Creditor's email address** | | | |
| | **Date or dates debt was incurred** VARIOUS | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☐ No ☑ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☑ Yes  Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.4 | **Creditor's name** GISSING AUTOMOTIVE SYSTEMS LLC | **Describe debtor's property that is subject to a lien** ASSETS PER PROMISSORY NOTE/UCC FILING | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address** 28031 GRAND OAKS CT WIXOM, MI 48393 | **Describe the lien** UCC FINANCING STATEMENT | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes    Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

| 2.5 | **Creditor's name** HUNTINGTON NATIONAL BANK, THE | **Describe debtor's property that is subject to a lien** ALL ASSETS PER PREPETITION CREDIT AGREEMENT | $13,661,253.21 | $2,540,687.10 |
|---|---|---|---|---|
| | **Creditor's mailing address** AS ADMINISTRATIVE AGENT ATTN GISSING NORTH AMERICA ACCOUNT MGR 200 PUBLIC SQ, CM64 CLEVELAND, OH 44114 | **Describe the lien** REVOLVING FACILITY | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☐ No ☒ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes    Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | |

Official Form 206D    **Schedule D: Creditors Who Have Claims Secured by Property**    Page 3 of 7

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |

| 2.6 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $5,916,666.55 | $2,540,687.10 |
|---|---|---|---|---|
| | HUNTINGTON NATIONAL BANK, THE | ALL ASSETS PER PREPETITION CREDIT AGREEMENT | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | AS ADMINISTRATIVE AGENT ATTN GISSING NORTH AMERICA ACCOUNT MGR 200 PUBLIC SQ, CM64 CLEVELAND, OH  44114 | REAL ESTATE TERM FACILITY | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | | ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | | |
| | VARIOUS | ☐ No ☒ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | ☐ No ☒ Yes | | | |
| | Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | | | |

| 2.7 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $4,350,000.00 | $2,540,687.10 |
|---|---|---|---|---|
| | HUNTINGTON NATIONAL BANK, THE | ALL ASSETS PER PREPETITION CREDIT AGREEMENT | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | AS ADMINISTRATIVE AGENT ATTN GISSING NORTH AMERICA ACCOUNT MGR 200 PUBLIC SQ, CM64 CLEVELAND, OH  44114 | EQUIPMENT TERM FACILITY | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | | ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** | **Is anyone else liable on this claim?** | | |
| | VARIOUS | ☐ No ☒ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** | | |
| | | *Check all that apply.* | | |
| | **Do multiple creditors have an interest in the same property?** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | ☐ No ☒ Yes | | | |
| | Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | | | |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    Page 4 of 7

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.8 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $686,834.88 | $2,540,687.10 |
|---|---|---|---|---|
| | HUNTINGTON NATIONAL BANK, THE | ALL ASSETS PER PREPETITION CREDIT AGREEMENT | | |
| | **Creditor's mailing address** | | | |
| | AS ADMINISTRATIVE AGENT ATTN GISSING NORTH AMERICA ACCOUNT MGR 200 PUBLIC SQ, CM64 CLEVELAND, OH 44114 | **Describe the lien** SECOND CAPEX LOAN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | **Is anyone else liable on this claim?** ☐ No ☒ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | | | |

| 2.9 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $439,562.04 | $2,540,687.10 |
|---|---|---|---|---|
| | HUNTINGTON NATIONAL BANK, THE | ALL ASSETS PER PREPETITION CREDIT AGREEMENT | | |
| | **Creditor's mailing address** | | | |
| | AS ADMINISTRATIVE AGENT ATTN GISSING NORTH AMERICA ACCOUNT MGR 200 PUBLIC SQ, CM64 CLEVELAND, OH 44114 | **Describe the lien** CAPEX TERM LOAN | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** VARIOUS | **Is anyone else liable on this claim?** ☐ No ☒ Yes | | |
| | **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** Check all that apply. | | |
| | **Do multiple creditors have an interest in the same property?** ☐ No ☒ Yes | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Specify each creditor, including this creditor, and its relative priority. HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY | | | |

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    Page 5 of 7

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

**2.10**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| TESLA | ASSETS AS SUBORDINATED PER AGREEMENT |
| **Creditor's mailing address** | **Describe the lien** |
| ATTN LEGAL DEPT | CREDIT NOTE AND SET OFF |
| 3500 DEER CREEK RD | AGREEMENT (TESLA NOTES) |
| PALO ALTO, CA  94304 | |

Amount of claim: $5,700,000.00 — Value of collateral: UNDETERMINED

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.11**

| | |
|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** |
| TESLA | ASSETS AS SUBORDINATED PER AGREEMENT |
| **Creditor's mailing address** | **Describe the lien** |
| ATTN LEGAL DEPT | ACCOMODATION AGREEMENT & |
| 3500 DEER CREEK RD | ACCESS AGREEMENT |
| PALO ALTO, CA  94304 | |

Amount of claim: $4,106,000.00 — Value of collateral: UNDETERMINED

**Creditor's email address**

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes
    Specify each creditor, including this creditor, and its relative priority.
    HUNTINGTON NATIONAL BANK HAS SENIOR PRIORITY

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Part 1:** | **Additional Page** |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.12 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|

**Creditor's name**
TESLA

**Describe debtor's property that is subject to a lien**
ASSETS AS SUBORDINATED PER AGREEMENT

**Creditor's mailing address**
ATTN LEGAL DEPT
3500 DEER CREEK RD
PALO ALTO, CA 94304

**Describe the lien**
UCC FINANCING STATEMENT

**Creditor's email address**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Is anyone else liable on this claim?**
☐ No
☒ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $41,235,165.55 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| GENERAL MOTORS LLC<br>HONIGMAN LLP<br>ATTN: E. TODD SABLE<br>2290 FIRST NATIONAL BUILDING<br>660 WOODWARD AVENUE<br>DETROIT, MI 48226 | Line 2.3 | |
| HUNTINGTON NATIONAL BANK, THE<br>MCDONALD HOPKINS LLC<br>ATTN: SCOTT N. OPINCAR<br>600 SUPERIOR AVENUE, EAST<br>STE 2100<br>CLEVELAND, OHIO 44114 | Line 2.9 | |
| TESLA<br>DLA PIPER LLP (US)<br>2000 AVENUE OF THE STARS<br>SUITE 400 NORTH TOWER<br>LOS ANGELES, CA 90067-4735 | Line 2.11 | |

Fill in this information to identify the case:

Debtor    Gissing North America LLC

United States Bankruptcy Court for the:    Eastern District of Michigan

Case number    22-46160
(if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br><br>CANADA REVENUE AGENCY, THE<br>TORONTO TAX SERVICES OFFICES<br>1 FRONT ST W STE 100<br>TORONTO, ON<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.2 | **Priority creditor's name and mailing address**<br><br>CITY OF WIXOM<br>FINANCE DEPARTMENT- TAX DIV<br>49045 PONTIAC TRAIL<br>WIXOM, MI  48393<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |
| 2.3 | **Priority creditor's name and mailing address**<br><br>DEPARTMENT OF TREASURY - IRS<br>1111 CONSTITUTION AVE NW<br>WASHINGTON, DC  20224<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | UNDETERMINED | UNDETERMINED |

| Part 1: | Additional Page |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.4 | **Priority creditor's name and mailing address**<br>MICHIGAN DEPARTMENT OF TREASURY<br>AUSTIN BLDG<br>430 W ALLEGAN ST<br>LANSING, MI  48933<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAX<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED | UNDETERMINED |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>2 GAMMA AUTOMOTIVE SRL<br>CORSO STATUTO 26<br>MONDOVI (CN)  12084<br>ITALY<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $14,831.41 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>ABB INC<br>4399 REBUILD AUBURN HILLS<br>PO BOX 88868<br>CHICAGO, IL  60695-1868<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $29,091.25 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ABC WIRE SALES CO.<br>1522 WEST 25TH ST.<br>MINNEAPOLIS, MN  55405<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,880.00 |

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,395.00 |
| | | *Check all that apply.* | |
| | AC ELECTRIC CORP | | |
| | PO BOX 1508 | ☐ Contingent | |
| | AUBURN, ME  04211-1508 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.30 |
| | | *Check all that apply.* | |
| | AC STEEL RULE DIES | | |
| | 324 E. MANDOLINE AVE | ☐ Contingent | |
| | MADISON HEIGHTS, MI  48071 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,216.00 |
| | | *Check all that apply.* | |
| | ACROMATIC PLASTICS | | |
| | 32 JUNGLE ROAD | ☐ Contingent | |
| | LEOMINSTER, MA  1453 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,261.34 |
| | | *Check all that apply.* | |
| | ADAPTIVE CORPORATION | | |
| | 118 W STREETSBORO STREET SUIITE 221 | ☐ Contingent | |
| | HUDSON, OH  44236 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,652.16 |
| | | *Check all that apply.* | |
| | ADECCO EMPLOYMENT SERVICES | | |
| | PO BOX 371084 | ☐ Contingent | |
| | PITTSBURG, PA  15250-7084 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.9** **Nonpriority creditor's name and mailing address**

ADVANCED INNOVATIVE TECHNOLOGIESINC
530 WILBANKS DRIVE
BALL GROUND, GA 30107

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$730.14

**3.10** **Nonpriority creditor's name and mailing address**

ADVANCED INTERIOR SOLUTIONS INC.
240 ADVANCED DRIVE
SPRINGBORO, OH 45066

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,730.00

**3.11** **Nonpriority creditor's name and mailing address**

ADVANCED TECHNOLOGIES SERVICE BUREAU
2200 N CANTON CENTER RD
SUITE 250
CANTON, MI 48187

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$629.00

**3.12** **Nonpriority creditor's name and mailing address**

AEGIS SCIENCES CORPORATION
PO BOX 645471
CINCINNATI, OH 45264-5471

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,306.14

**3.13** **Nonpriority creditor's name and mailing address**

AGILIT COMPUTING INC.
8613 N. DIXIE DR.
DAYTON, OH 45414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,574.00

| **Part 2:** | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,112.74 |
| --- | --- | --- | --- |
| | AGM AUTOMOTIVE DBA FLEX 27755 STANDBURY BLVD SUITE 300 FARMINGTON HILLS, MI  48334 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $11,632.47 |
| --- | --- | --- | --- |
| | AIR HANDLING EQUIPMENT INC 1389 RIVERSIDE DR. SIDNEY, OH  45365 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $153.76 |
| --- | --- | --- | --- |
| | AIR INCORPORATED 8 FORGE PARK FRANKLIN, MA  02038-3135 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $367.47 |
| --- | --- | --- | --- |
| | AIRGAS USA, LLC PO BOX 734445 CHICAGO, IL  60673-4445 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,065.13 |
| --- | --- | --- | --- |
| | AIRLINE HYDRAULICS CORPORATION PO BOX 536746 PHILADELPHIA, PA  15253-5909 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.19** **Nonpriority creditor's name and mailing address**

AIT - ACOUSTIC & INSULATION TECHNIQUES
MOLI DEN BISBE 18-34 08110 MONTCADA
I REIXAC - BARCELONA
SPAIN

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE VENDOR

Is the claim subject to offset?
☒ No
☐ Yes

$35,359.20

---

**3.20** **Nonpriority creditor's name and mailing address**

ALCANTARA SPA
VIA MECENATE, 86
MILANO  20138
ITALY

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE VENDOR

Is the claim subject to offset?
☒ No
☐ Yes

$2,495,603.03

---

**3.21** **Nonpriority creditor's name and mailing address**

ALLEN MANUFACTURING, INC.
41 CANAL ST.
LEWISTON, ME  4240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE VENDOR

Is the claim subject to offset?
☒ No
☐ Yes

$8,840.03

---

**3.22** **Nonpriority creditor's name and mailing address**

ALLFI WATERJET, INC
48829 WEST ROAD
WIXOM, MI  48393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE VENDOR

Is the claim subject to offset?
☒ No
☐ Yes

$8,595.75

---

**3.23** **Nonpriority creditor's name and mailing address**

ALLIANCE INTERIORS LLC
4521 W. MOUNT HOPE HIGHWAY
LANSING, MI  48917

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
TRADE VENDOR

Is the claim subject to offset?
☒ No
☐ Yes

$40,255.32

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $2,365.92 |
|---|---|---|---|

ALLIED ELECTRONICS
PO BOX 841811
DALLAS, TX 75284-1811

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,371.37 |
|---|---|---|---|

ALMIGHTY WASTE
PO BOX 1234
AUBURN, ME 4210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1,671.72 |
|---|---|---|---|

ALTA EQUIPMENT COMPANY
13211 MERRIMAN ROAD
LIVONIA, MI 48150-1826

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $345.62 |
|---|---|---|---|

AMERICAN STEEL & ALUMINUM
115 WALLACE AVE
SOUTH PORTLAND, ME 4106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $4,587.50 |
|---|---|---|---|

AMERICAN SYSTEMS REGISTRAR (ASR)
5281 CLYDE PARK AVE. SW, STE 1
WYOMING, MI 49509

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|--|--|----------------|

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,605.00
| | *Check all that apply.* |

ANDANTEX INC
1705 VALLEY RD.
WANAMASSA, NJ  7712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $118.70
| | *Check all that apply.* |

ANDRITZ INC.
DEPT 3236 PO BOX 123236
DALLAS, TX  75312-3236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,065.33
| | *Check all that apply.* |

ANDROID INDUSTRIES BOWLING GREEN, L
2155 EXECUTIVE HILLS BOULEVARD
AUBURN HILLS, MI  48326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,433.99
| | *Check all that apply.* |

APPLIED INDUSTRIAL TECH (SIDNEY)
22510 NETWORK PLACE
CHICAGO, IL  60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,756.13
| | *Check all that apply.* |

APPLIED INDUSTRIAL TECH INC (AUBURN
22510 NETWORK PL.
CHICAGO, IL  60673-1225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.34 Nonpriority creditor's name and mailing address**

APPLIED METALS & MACHINE WORKS
1036 ST. MARYS AVE.
FORT WAYNE, IN 46808

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,436.87

**3.35 Nonpriority creditor's name and mailing address**

APT-MOLD MANUFACTURING CO., LTD.
2A ZONE OF THE 3RD BUILDING, NO. 54,
YANJIANG DONGSI RD, TORCH DEVELOP. ZONE
PEOPLES OF THE REPUBLIC
ZHONGSHAN, GUANGDONG 528437
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$489,774.88

**3.36 Nonpriority creditor's name and mailing address**

AQUA SYSTEMS
1515 S. MAIN STREET
BELLEFONTAINE, OH 43311

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,500.00

**3.37 Nonpriority creditor's name and mailing address**

ARETE ADVISORS, LLC
PO BOX 27073
NEWARK, NJ 7101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,140.00

**3.38 Nonpriority creditor's name and mailing address**

ARGENT INTERNATIONAL INC
41016 CONCEPT DRIVE
PLYMOUTH, MI 48170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$74,304.70

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.39** | **Nonpriority creditor's name and mailing address**

ARMITAGE PRODUCT SUPPLY
82 MORSE AVE.
WARWICK, RI  2886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,899.63

---

**3.40** | **Nonpriority creditor's name and mailing address**

ASH GROVE CEMENT COMPANY
11011 CODY ST, STE 300
OVERLAND PARK, KS  66210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,768.92

---

**3.41** | **Nonpriority creditor's name and mailing address**

ASPEN TECHNOLOGIES, INC.
1335 MANCHSTER INDUSTIAL PARKWAY
MANCHESTER, TN  37355

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,878.68

---

**3.42** | **Nonpriority creditor's name and mailing address**

ATCO INDUSTRIES INC
7200 FIFTEEN MILE RD.
STERLING HEIGHTS, MI  48312

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,927.22

---

**3.43** | **Nonpriority creditor's name and mailing address**

ATCO INDUSTRIES INC
C/O BROWN BORKOWSKI & MORROW
ATTN KHARA MOODY(P81239)
37887 W TWELVE MILE RD
FARMINGTON HILLS, MI  48331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| **3.44** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,000.00 |
|---|---|---|---|

AUGUST MACK ENVIROMENTAL
1302 N. MERIDIAN ST.
SUITE 300
INDIANAPOLIS, IN 46202

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.45** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,450.78 |
|---|---|---|---|

AUNDE MEXICO, S.A. DE C.V.
LOTE 1 MANZANA C, PARQUE INDUSTRIAL
SAN MIGUEL, SANTA ANA XALMIMILULCO
HUEJOTZINGO, PUEBLA 74169
MEXICO

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.31 |
|---|---|---|---|

AUTEFA SOLUTIONS NORTH AMERICA INC.
PO BOX 1316
PINEVILLE, NC 28134

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.47** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $966.00 |
|---|---|---|---|

AUTUMN OAKA LAWNCARE SERVICE
8111 CHAMBERS RD
PINCKNEY, MI 48169

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,073.96 |
|---|---|---|---|

AVIS
7876 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.49** | **Nonpriority creditor's name and mailing address**

AZTEC MACHINERY CO
960 JACKSONVILLE RD
IVYLAND, PA  18974

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$984.80

---

**3.50** | **Nonpriority creditor's name and mailing address**

BASF CORPORATION
1609 BIDDLE AVE.
WYANDOTTE, MI  48192

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,232.41

---

**3.51** | **Nonpriority creditor's name and mailing address**

BAST FIBERS LLC
210 KNICKERBOCKER RD.
CRESSKILL, NJ  7626

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,369.28

---

**3.52** | **Nonpriority creditor's name and mailing address**

BAY LOGISTICS
7300 CLYDE PARK AVE SW
BYRON CENTER, MI  49315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,408.00

---

**3.53** | **Nonpriority creditor's name and mailing address**

BAY VIEW FUNDING
PO BOX 204703
DALLAS, TX  75320-4703

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,704.80

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,856.92 |
|---|---|---|---|

BEACON ENGINEERED SOLUTIONS
32 JUNGLE RD
LEOMINSTER, MA  1453

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,627.89 |
|---|---|---|---|

BEN ALPREN MACHINE TOOL & SUPPLY CO
PO BOX 1686
LEWISTON, ME  4240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

BERNET INT'L TRADING LLC
C/O DAGGETT & PARKER
ATTN EDWIN R GAGGETT JR; STEV Y PARKER; STANLEY F
GREENBERG ESQ
148 MIDDLE ST
PORTLAND, ME  04104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,231.60 |
|---|---|---|---|

BETE FOG NOZZLE INC
50 GREENFIELD ST.
GREENFIELD, MA  1301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,155.94 |
|---|---|---|---|

BIG CHIEF INC
PO BOX 632373
CINCINATTI, OH  45263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.59** **Nonpriority creditor's name and mailing address**

BIRCH BROS SOUTHERN INC
PO BOX 70
WAXHAW, NC  28173

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$187.19

---

**3.60** **Nonpriority creditor's name and mailing address**

BITRON INDUSTRY CHINA COMPANY LTD.
NO. 810, CHUN YANG ROAD, QINGDAO
HIGH-TECH INDUSTRIAL DEVELOPMENT ZONE
SHANDONG
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.00

---

**3.61** **Nonpriority creditor's name and mailing address**

BLACKSTOCK SALES COMPANY
PO BOX 237
DALTON, GA  30722

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.92

---

**3.62** **Nonpriority creditor's name and mailing address**

BLUE CROSS BLUE SHIELD OF MICHIGAN
600 E. LAFAYETTE BLVD
DETROIT, MI  48226

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$251,939.14

---

**3.63** **Nonpriority creditor's name and mailing address**

BMW SLP SA DE CV
ATTN DAVID BLUE, CEO
BLVD BMW 655 PARQUE INDUSTRIAL
DESARROLLO LOGISTIK, VILLA DE REYES
SAN LUIS POTOSI  CP 79526
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOMODATION AGREEMENT & ACCESS
AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150,723.47

BONDTEX, INC.
1650 DUNCAN REIDVILLE RD
DUNCAN, SC  29334

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51,656.31

BONNEY STAFFING CENTER
6161 OAK TREE CURRENT SUITE 300
INDEPENDANCE, OH  44131

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74,491.45

BOSSARD DE MEXICO, S. A. DE C.V.
AVE. KALOS 114. PARQUE INDUSTRIAL KALOS
APODACA  CP66600
MEXICO

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,900.00

BOSSARD, INC.
6521 PRODUCTION DRIVE
CEDAR FALLS, IA  50613

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50,162.58

BOSTIK
11320 W. WATERTOWN PLANK ROAD
WAUWATOSA, WI  53226

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $219.21 |

3.69 **Nonpriority creditor's name and mailing address**

BRANDON FLORENCE
15849 WINDMILL POINTE DRIVE
GROSSE POINTE PARK, MI 48230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$219.21

---

3.70 **Nonpriority creditor's name and mailing address**

BRIDGE LOGISTICS INC
5 CIRCLE FREEWAY
CINCINNATI, OH 45246

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$517,380.00

---

3.71 **Nonpriority creditor's name and mailing address**

BUSINESS EQUIPMENT UNLIMITED
LOCKBOX 936724
PO BOX 936724
ATLANTA, GA 31193-6724

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,677.34

---

3.72 **Nonpriority creditor's name and mailing address**

BUTLER AUTOMATIC INC.
41 LEONA DR.
MIDDLEBOROUGH, MA 2346

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.00

---

3.73 **Nonpriority creditor's name and mailing address**

BUTLER BROS INDUSTRIAL SUPPLY
PO BOX 1375
LEWISTON, ME 04243-1375

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$20,770.20

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.74 | **Nonpriority creditor's name and mailing address**<br>C M UTESCHENY SPRITZGIEBTECHNIK GMBH<br>INDUSTRIESTRABE 2-8<br>75059 ZAISENHAUSEN<br>ZAISENHAUSEN<br>GERMANY<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,843.20 |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>C&E SALES INC<br>PO BOX 951576<br>CLEVELAND, OH 44193<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,650.36 |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>CANTRELL, SHANE B.<br>536 S. WAYNE ST<br>PIQUA, OH 45356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,951.22 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>CARLSON, GASKEY & OLDS<br>400 W. MAPLE RD<br>BIRMINGHAM, MI 48009<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL FEES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $121,241.04 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>CENTURY TOOL & GAGE, LLC<br>200 S. ALLOY DR<br>FENTON, MI 48430<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73,500.00 |

Official Form 206E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 17 of 86

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | CENTURY TOOL & GAGE, LLC | | |
| | C/O DAWDA, MANN, MULCAHY | ☒ Contingent | |
| | ATTN:JOHN MUCHA III | ☒ Unliquidated | |
| | 39533 WOODWARD AVE STE 200 | ☒ Disputed | |
| | BLOOMFIELD HILLS, MI 48304-5103 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | PENDING LITIGATION | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,780.84 |
| | | *Check all that apply.* | |
| | CENTURYLINK BUSINESS SERVICES | | |
| | PO BOX 52187 | ☐ Contingent | |
| | PHOENIX, AZ 85072-2187 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $183,472.16 |
| | | *Check all that apply.* | |
| | CHANGZHOU JIASHENG NEW MATERIAL | | |
| | TECHNOLOGY CO., LTD | ☐ Contingent | |
| | 18TH CHANGFENG | ☐ Unliquidated | |
| | DINGYAN TOWNWULIN | ☐ Disputed | |
| | CHANGZHOU CITY, JIANGSU | | |
| | CHINA | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | | ☐ Yes | |
| | **Last 4 digits of account number:** | | |

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,245.85 |
| | | *Check all that apply.* | |
| | CINCINNATI FAN AND VENTILATOR CO. | | |
| | PO BOX 640338 | ☐ Contingent | |
| | CINCINNATI, OH 45264-0338 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,794.02 |
| | | *Check all that apply.* | |
| | CINCINNATI LIFE | | |
| | LIFE PREMIUM ACCOUNTING | ☐ Contingent | |
| | PO BOX 145496 | ☐ Unliquidated | |
| | CINCINNATI, OH 45250-5496 | ☐ Disputed | |
| | | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

**Part 2:**  Additional Page

| | | Amount of claim |
| --- | --- | --- |

---

3.84   **Nonpriority creditor's name and mailing address**

CINTAS CORPORATION
LOCATION 002,PO BOX 630803
CINCINNATI, OH  45263-0803

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,423.98

---

3.85   **Nonpriority creditor's name and mailing address**

CITY OF WIXOM
PO BOX 674205
DETROIT, MI  48267-4205

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$429.00

---

3.86   **Nonpriority creditor's name and mailing address**

CLARK HILL PLC
PO BOX 3760
PITTSBURGH, PA  15230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$226,954.95

---

3.87   **Nonpriority creditor's name and mailing address**

CLEAN HARBORS OF MAINE INC
17 MAIN ST.
SO. PORTLAND, ME  4106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,074.64

---

3.88   **Nonpriority creditor's name and mailing address**

CN COMPOSITES CO., LTD
UNIT 1402A 14/F, THE BELGIAN BANK BLDG,
NOS 721-725 NATHAN RD., MONGKOK,
KOWLOON
HONG KONG

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,692.00

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.89** | **Nonpriority creditor's name and mailing address**

COASTAL AUTOMOTIVE
900 BROOKS AVENUE
HOLLAND, MI 49423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,116.20

---

**3.90** | **Nonpriority creditor's name and mailing address**

COASTAL EQUIPMENT
PO BOX 1118
PORTLAND, ME 4104

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$148.00

---

**3.91** | **Nonpriority creditor's name and mailing address**

COLONIAL PLASTICS INCORPORATED
51734 FILOMENA DRIVE
SHELBBY, MI 48315

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,100.00

---

**3.92** | **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS
9602 S 300 W. STE
B SANDY, UT 84070-3302

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$212.00

---

**3.93** | **Nonpriority creditor's name and mailing address**

CONCEPT PACKAGING
PO BOX 405903
ATLANTA, GA 30384-5903

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,365.80

---

**Part 2:** Additional Page

|  |  | Amount of claim |
|---|---|---|

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $184,462.31 |
|---|---|---|---|

CONFORM AUTOMOTIVE LLC
32500 TELEGRAPH RD SUITE 207
BINGHAM FARMS, MI 48025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
RELATED PARTY PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $27.58 |
|---|---|---|---|

CONSUMER ENERGY
PAYMENT CENTER
PO BOX 740309
CINCINNATI, OH 45274-0309

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UTILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $91,857.47 |
|---|---|---|---|

CONVERGEN ENERGY
600 LIBERTY STREET
GREEN BAY, WI 54304

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $52,304.00 |
|---|---|---|---|

CONVERSION TECHNOLOGIES INTL INC
700 OAK STREET
WEST UNITY, OH 43570

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,680.00 |
|---|---|---|---|

CORA INTERNATIONAL LLC
1415 SUPIOR BLVD
WYANDOTTE, MI 48192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.99** | **Nonpriority creditor's name and mailing address**
CORVAC COMPOSITES, LLC
1025 N. WASHINGTON STREET
GREENFIELD, OH 45123

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,861.53

---

**3.100** | **Nonpriority creditor's name and mailing address**
COTE BROTHERS
117 CLOVER LANE
TURNER, ME 4282

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,679.50

---

**3.101** | **Nonpriority creditor's name and mailing address**
COVERT MG.
328 SOUTH EAST STREET
GALLON, OH 44833

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$81,885.00

---

**3.102** | **Nonpriority creditor's name and mailing address**
CREATIVE FOAM DE MEXICO S DE RL DE CV
BLVD APODACA NO. 902 A
PODACA TECHNOLOGY PARK
NUEVO LEON 66627
MEXICO

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,685.60

---

**3.103** | **Nonpriority creditor's name and mailing address**
CROWN EQUIPMENT CORPORATION
PO BOX 641173
CINCINNATI, OH 45264-1173

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$240.26

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.104 | **Nonpriority creditor's name and mailing address**<br>CROWN LIFT TRUCK<br>44 S. WASHINGTON STREET<br>NEW BREMEN, OH 45869<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $605.76 |
|---|---|---|---|

---

| 3.105 | **Nonpriority creditor's name and mailing address**<br>CUMMINS NORTHEAST INC<br>18 GIBSON RD.<br>SCARBOROUGH, ME 4074<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,854.95 |
|---|---|---|---|

---

| 3.106 | **Nonpriority creditor's name and mailing address**<br>D&H TRUCKING SERVICES LLC<br>PO BOX 4313<br>SIDNEY, OH 45365<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,880.00 |
|---|---|---|---|

---

| 3.107 | **Nonpriority creditor's name and mailing address**<br>DAMAR PRODUCTS INC<br>17222 ST RT 47 E<br>SIDNEY, OH 45365<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $519.86 |
|---|---|---|---|

---

| 3.108 | **Nonpriority creditor's name and mailing address**<br>DARRON DIXON<br>6613 COUNTY ROAD 14<br>WEST LIBERTY, OH 43357<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $592.43 |
|---|---|---|---|

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.109 | **Nonpriority creditor's name and mailing address**<br><br>DASSAULT SYSTEMES AMERICAS CORP<br>175 WYMAN STREET<br>WALTHAM, MA 2451<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $201,235.23 |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br><br>DATONG DESIGNS<br>415 S WEST ST. SUITE 300<br>ROYAL OAK, MI 48067<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,675.00 |
| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>DAYTON POWER & LIGHT CO<br>PO BOX 2631<br>DAYTON, OH 45401<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20,384.92 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>DEARBORN GROUP<br>36788 EAGLE WAY<br>CHICAGO, IL 60678-1367<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,105.38 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>DELMOR LOGISTICS SA DE CV<br>MONTE LIBANO 124 B<br>CUMBRES DEL CAMPESTRE<br>LEON, GUANAJUATO<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45,807.20 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,985.92 |
|---|---|---|---|

DERBY FABRICATING
4500 PRODUCE RD.
LOUISVILLE, KY 40218

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $75,729.77 |
|---|---|---|---|

DETROIT TECHNOLOGIES LLC
32500 TELEGRAPH RD SUITE 207
BINGHAM FARMS, MI 48025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RELATED PARTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,372.75 |
|---|---|---|---|

DHL GLOBAL FOWARDING
14076 COLLECTIONS CENTER DR.
CHICAGO, IL 60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,373.37 |
|---|---|---|---|

DIRECT ENERGY BUSINESS
PO BOX 32179
NEW YORK, NY 10087-2179

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $26,137.50 |
|---|---|---|---|

DISPENSE TECHNOLOGIES, LLC
7036 KENSINGTON ROAD
BRIGHTON, MI 48116

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.119** **Nonpriority creditor's name and mailing address**

DO, PATRICK O.
3602 N 15TH ST
PHOENIX, AZ 85014

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,228.27

---

**3.120** **Nonpriority creditor's name and mailing address**

DOEREN MAYHEW & CO. PC
ONE RIVERWAY DR
SUITE 1200
HOUSTON, TX 77056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PROFESSIONAL SERVICES

**Is the claim subject to offset?**
☒ No
☐ Yes

$37,950.00

---

**3.121** **Nonpriority creditor's name and mailing address**

DOWNEAST MACHINE & ENGINEERING
26 MAPLE ST.
MECHANIC FALLS, ME 4256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,995.00

---

**3.122** **Nonpriority creditor's name and mailing address**

DRAKE EXTRUSION
PO BOX 890886
CHARLOTTE, NC 28289-0886

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,860,312.76

---

**3.123** **Nonpriority creditor's name and mailing address**

DSV AIR & SEA INC
PO BOX 200876
PITTSBURGH, PA 15251-0876

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,453.18

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $253,205.77 |
| --- | --- | --- | --- |
| | DSV ROAD, INC<br>DEPT CH 10902<br>PALATINE, IL 60055-0902 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $1,805.65 |
| --- | --- | --- | --- |
| | DTE ENERGY SERVICES INC<br>PO BOX 740786<br>CINCINNATI, OH 45274-0786 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,713.88 |
| --- | --- | --- | --- |
| | DUKANE INTELLIGENT ASSY SOLUTIONS<br>PO BOX 639021<br>CINCINNATI, OH 45263-9021 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $3,973.10 |
| --- | --- | --- | --- |
| | DUO ROBOTIC SOLUTIONS<br>36715 METRO COURT<br>STERLING HEIGHTS, MI 48312 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $52,547.88 |
| --- | --- | --- | --- |
| | DUTTON POLYMER GROUP<br>4501 EAST PALMETTO STREET<br>FLORENCE, SC 29506 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>DVM INSURANCE AGENCY<br>FILE 50939<br>LOS ANGELES, CA 90074-0939<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $901.92 |
|---|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>DYNAMIC ROBOTICS SOLUTIONS, INC.<br>DBA - SHAPE PROCESS AUTOMATION<br>PO BOX 74008215<br>CHICAGO, IL 60674-8215<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81,823.86 |
| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>EA BUSCHMANN INC<br>16 FERRY RD.<br>LEWISTON, ME 4240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,586.14 |
| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>EAGLE REGISTRATIONS<br>PO BOX 932250<br>CLEVELAND, OH 44193<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,433.10 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>EAST COAST CALIBRATION<br>225 WHITTEN ROAD<br>HALLOWELL, ME 4347<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.00 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $274,198.47 |
|---|---|---|---|

EASYFLYER LOGISTIC LIMITED
WATSON HOUSE, 54 BAKER STREET
LONDON  W1U 7BU
UNITED KINGDOM

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $116,015.35 |
|---|---|---|---|

EFC INTERNATIONAL
4150 CHANDLER DRIVE
HANOVER PARK, IL  60133

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,857.92 |
|---|---|---|---|

EJOT FASTENERS DE MEXICO Y COMPANIA
AV. DEL SIGLO NO. 180
PARQUE INDUSTRIAL
MILLENNIUM
SAN LUIS POTOSI  78395
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,198.23 |
|---|---|---|---|

ELECTRIC MOTOR SERVICE
PO BOX 110
PIQUA, OH  45356

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $900.98 |
|---|---|---|---|

ELECTRO CONTROLS
1625 FERGUSON CT.
SIDNEY, OH  45365

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 29 of 86

**Part 2:**    Additional Page

| | | Amount of claim |
|--|--|----------------:|

---

**3.139**    **Nonpriority creditor's name and mailing address**

ELEMENT MATERIAL TECH. WARREN INC
27645 GEORGE MERRILL DRIVE
WARREN, MI 48092

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,065.00

---

**3.140**    **Nonpriority creditor's name and mailing address**

ENERGY MANAGEMENT CONSULTANT, INC.
120 THADEUS ST SUITE 1
SO. PORTLAND, ME 4106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,055.00

---

**3.141**    **Nonpriority creditor's name and mailing address**

ESA EMPLOYMENT SCREENING ASSOCIATES
8010 BLUE ASH ROAD
CINCINNATI, OH 45326

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,572.14

---

**3.142**    **Nonpriority creditor's name and mailing address**

ESTES
PO BOX 105160
ATLANTA, GA 30348-5160

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,820.64

---

**3.143**    **Nonpriority creditor's name and mailing address**

EXPEDITORS
55 STANDISH COURT 11TH FLOOR
MISSISSAUGA, ON L5R4A1

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,482.53

---

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,752.00 |

EXPRESS ELECTRIC CONSTRUCTORS INC
PO BOX 1045
SKOWHEGAN, ME  4976

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23,875.31 |

EXPRESS EMPLOYMENT PROFESSIONALS
PO BOX 535434
ATLANTA, GA  30353-5434

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $315,448.02 |

FEDEX
PO BOX 371461
PITTSBURGH, PA  15250-7461

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,863.59 |

FEDEX FREIGHT
PO BOX 223125
PITTSBURGH, PA  15250-2125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,161.37 |

FERRELL GAS
6948 STAEGER ROAD
CELINA, OH  45822

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UTILITIES

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72,480.99 |
|---|---|---|---|

FIBER CONVERSION INC
15 EAST ELM ST.
BROADALBIN, NY 12025

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31,561.00 |
|---|---|---|---|

FIBERTECH TEKNOLOJI TEKSTIL
ITH.IHR.SAN.VE TIC LTD STI
YENISEHIR MAR.
74018 SOK ARYA APRT KAT3 NO 17/16
DULKADIROGLU/KAHRAMANMARAS
TURKEY

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $362,114.29 |
|---|---|---|---|

FIBERVISIONS INCORPORATED
DEPT. AT 40206
ATLANTA, GA 31192-0206

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,729.77 |
|---|---|---|---|

FIELDINGS OIL CO. INC.
PO BOX 364
U.S. ROUTE 1
SCARBOROUGH, ME 04070-0364

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,124.27 |
|---|---|---|---|

FIRESAFE EQUIPMENT
PO BOX 1355
AUBURN, ME 04211-1355

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| 3.154 | **Nonpriority creditor's name and mailing address**<br><br>FIRST CHOICE ROBOTICS<br>68 EASTMANVILLE STREET<br>COOPERSVILLE, MI 49404<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,560.00 |
|---|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address**<br><br>FIRST INSURANCE FUNDING CORP<br>PO BOX 7000<br>CAROL STREAM, IL 60197-7000<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $210.93 |
| 3.156 | **Nonpriority creditor's name and mailing address**<br><br>FISKE MOBILE HEARING SERVICES<br>62 PORTSMOUTH AVE.<br>STRATHAM, NH 3885<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |
| 3.157 | **Nonpriority creditor's name and mailing address**<br><br>FLOW INTERNATIONAL CORP<br>PO BOX 749647<br>LOS ANGELES, CA 90074-9647<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $472.31 |
| 3.158 | **Nonpriority creditor's name and mailing address**<br><br>FOLEY & LARDNER<br>500 WOODWARD AVE SUITE 2700<br>DETROIT, MI 48226-3489<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,741.50 |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|---|---|---|

| 3.159 | **Nonpriority creditor's name and mailing address**<br><br>FRANCIS OFFICE SUPPLIES<br>124 N. MAINE STREET<br>PIQUA, OH 45356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $708.33 |

| 3.160 | **Nonpriority creditor's name and mailing address**<br><br>FRIMO INC<br>C/O YOUNG BASILE HANLON & MACFARLENE PC<br>ATTN MICAHEL M JACOB; BENJAMIN TIGAY<br>3001 W BIG BEAVER RD, STE 624<br>TROY, MI 48084<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>GDC, INC.<br>300 STEURY AVE<br>GOSHEN, IN 46528<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $410.40 |

| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>GENERAL COURIER<br>PO BOX 1072<br>PORTLAND, ME 4104<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $267.15 |

| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>GERALD MINARIK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,572.00 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.164** Nonpriority creditor's name and mailing address

GERRITY INDUSTRIES
PO BOX 121
MONMOUTH, ME  4259

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$44,715.57

---

**3.165** Nonpriority creditor's name and mailing address

GISSING AUTOMOTIVE SYSTEMS LLC
28031 GRAND OAKS CT
WIXOM, MI  48393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
KEEPWELL AGREEMENT / GAS NOTES

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,956,491.00

---

**3.166** Nonpriority creditor's name and mailing address

GISSING AUTOMOTIVE SYSTEMS LLC
28031 GRAND OAKS CT
WIXOM, MI  48393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SUBORDINATED PROMISSORY NOTE
(SELLER NOTE)

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,037,059.00

---

**3.167** Nonpriority creditor's name and mailing address

GISSING TECH. CO. LTD
322 NORTH YOUYI RD.
XISHAN ECONOMIC DEVELOPMENT DISTRICT
WUXI, JIANAGSU P.R.C  214191
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
RELATED PARTY PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$618,231.86

---

**3.168** Nonpriority creditor's name and mailing address

GLOBAL EQUIPMENT CO. INC.
29833 NETWORK PLACE
CHICAGO, IL  60673-1298

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$789.04

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54,166.48 |

GLOBAL SQ, LLC
431 E COLFAX AVENUE
SUITE 100
SOUTH BEND, IA 46617

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,386.87 |

GOODMAN WIPER & PAPER
120 MILL STREET
AUBURN, ME 4210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,188.58 |

GRAF METALLIC OF AMERICA, LLC
PO BOX 1370
SPARTANBURG, SC 29301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $527.00 |

GRAINGER PARTS
DEPT 808656714
PALATINE, IL 60038-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,944.96 |

GRAINGER WW INC
DEPT 821349065
PALATINE, IL 60038-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,603.46 |
|---|---|---|---|

GRAKON LLC
1911 S 218TH ST
DES MOINES, WA  98198

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,629.99 |
|---|---|---|---|

GRAND RAPIDS LABEL COMPANY
2351 OAK INDUSTRIAL DRIVE
GRAND RAPIDS, MI  49505

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $188.48 |
|---|---|---|---|

GRAYBAR CORPORATION
PO BOX 414426
BOSTON, MA  02241-4426

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,902.30 |
|---|---|---|---|

GREAT LAKES TRIM
6183 SOUTH RAILWAY COMMONS
WILLIAMSBURG, MI  49690

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18,135.91 |
|---|---|---|---|

GREAT WEST TRUST COMPANY LLC
8525 E ORCHARD ROAD
10T3 CORPORATE TAX DEPT
GREENWOOD VILLAGE, CO  80111

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.179** **Nonpriority creditor's name and mailing address**

GROZ BECKERT USA INC
PO BOX 60674
CHARLOTTE, NC 28260-0674

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,778.10

**3.180** **Nonpriority creditor's name and mailing address**

GUANAJUATO TOOLING SA DE CV
ROBLE 4
COL ARROYO VERDE
GUANAJUATO
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,154.40

**3.181** **Nonpriority creditor's name and mailing address**

H.R. TECHNOLOGIES INC
32500 N. AVIS DRIVE
MADISON, MI 48071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,253.88

**3.182** **Nonpriority creditor's name and mailing address**

HALCO USA
20269 MACK STREET
HAYWARD, CA 94545

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,087.28

**3.183** **Nonpriority creditor's name and mailing address**

HANWHA AZDEL
2000 ENTERPRISE DRIVE
FOREST, VA 24551

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,100.00

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$424,514.16**

HARTT TRANSPORTATION
PO BOX 1385
BANGOR, ME  4402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **$13,325.47**

HERITAGE-CRYSTAL CLEAN
13621 COLLECTIONS CENTER DR.
CHICAGO, IL  60693-0136

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **$6,053.45**

HONEYWELL SCANNING AND MOBILITY
9680 OLD BAILES RD
FT MILL, SC  29707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **$9,669.15**

HORIZON SOLUTIONS
PO BOX 92367
ROCHESTER, NY  14692

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | **UNKNOWN**

HQS AUTOMOTIVE INC
C/O DICKINSON WRIGHT PLLC
ATTN MARK V HEUSEL; ZACHARY L PELTON
350 S MAIN ST, STE 300
ANN ARBOR, MI  48104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.189 | **Nonpriority creditor's name and mailing address**<br><br>HQS AUTOMOTIVE INTERNATIONAL INC<br>22246 CHASE DR<br>NOVI, MI 48375<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $392,512.85 |
| --- | --- | --- |
| 3.190 | **Nonpriority creditor's name and mailing address**<br><br>HYG FINANCIAL SERVICES<br>PO BOX 70241<br>PITTSBURGH, PA 19176-0241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $324.25 |
| 3.191 | **Nonpriority creditor's name and mailing address**<br><br>HYOSUNG CORPORATION<br>119, MAPO-DAERO<br>MAPO-GU, SEOUL<br>SOUTH KOREA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160,422.98 |
| 3.192 | **Nonpriority creditor's name and mailing address**<br><br>IGUS INC.<br>PO BOX 14349<br>E. PROVIDENCE, RI 2914<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $555.54 |
| 3.193 | **Nonpriority creditor's name and mailing address**<br><br>INDEED. INC<br>MAIL CODE 5160<br>PO BOX 660367<br>DALLAS, TX 75266-0367<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $164,129.93 |

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 40 of 86

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address**<br><br>INDRATECH LLC<br>1212 EAST MAPLE ST<br>TROY, MI 48083<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,327.60 |
| 3.195 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRIAL SALES AND DISTRIBUTION<br>DBA RP MORRISON<br>PO BOX 394<br>WESTERLY, RI 2891<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $503.00 |
| 3.196 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRIAL SCIENTIFIC<br>1001 OAKDALE RD<br>OAKDALE, PA 15071<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,085.08 |
| 3.197 | **Nonpriority creditor's name and mailing address**<br><br>INDUSTRY PRODUCTS<br>500 STATLER RD<br>PIQUA, OH 45356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,115.02 |
| 3.198 | **Nonpriority creditor's name and mailing address**<br><br>INFAB REFRACTORIES INC<br>150 SUMMER ST<br>LEWISTON, ME 4240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $707.48 |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|-----------------|

---

**3.199** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $1,674.87

INGERSOLL-RAND INDUSTRIAL US INC
13551 MERRIMAN ROAD
LIVONIA, MI 48150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $752.80

INNOVATIVE LABELING SOLUTIONS
4000 HAMILTON-MIDDLETOWN ROAD
HAMILTON, OH 45011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $2,392.23

INSIGHT
6820 SOUTH HARL AVENUE
TEMPE, AZ 85283

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $11,753.00

IVC
210 S WEST ST.
LEBANON, OH 45036

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $111,111.02

JEFFCO FIBRES
1 APPIAN WAY
WORCHESTER, MA 1610

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.204** | **Nonpriority creditor's name and mailing address**

JIANGSU SHIFENG NEW MATERIALS CO.,LTD
215 EAST JINSHENG ROAD, JINTAN DISTRICT
JIANGSU PROVINCE 21300
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$529,614.33

---

**3.205** | **Nonpriority creditor's name and mailing address**

JOHNSON CONTROLS
DEPT CH 10320
PALATINE, IL 60055-0320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,758.09

---

**3.206** | **Nonpriority creditor's name and mailing address**

K&L GATES LLP
134 MEETING STREET
CHARLESTON, SC 29401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,594.85

---

**3.207** | **Nonpriority creditor's name and mailing address**

KAMAN INDL TECHNOLOGIES CORP.
PO BOX 74566
CHICAGO, IL 60696-4566

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,227.90

---

**3.208** | **Nonpriority creditor's name and mailing address**

KELLY SERVICES(CANADA) LTD
PO BOX 7024
TORONTO, ON M5C2K7

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,910.44

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

---

**3.209** | **Nonpriority creditor's name and mailing address**

KEMEERA LLC DBA FATHOM
1050 WALNUT RIDGE DR
HARTLAND, WI 53029

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,037.00

---

**3.210** | **Nonpriority creditor's name and mailing address**

KENNERLEY SPRATLING
2116 FARALLON DR
SAN LEANDRO, CA 94577

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,994.40

---

**3.211** | **Nonpriority creditor's name and mailing address**

KERN-LIEBERS USA TEXTILE
PO BOX 519
MATTHEWS, NC 28106

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$657.90

---

**3.212** | **Nonpriority creditor's name and mailing address**

KEYENCE
DEPT CH 17128
PALATINE, IL 60055-7128

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$877.00

---

**3.213** | **Nonpriority creditor's name and mailing address**

KL JACK INDL FASTENER
145 WARREN AVE.
PORTLAND, ME 4103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$414.69

---

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.214** **Nonpriority creditor's name and mailing address**

KMH SYSTEMS, INC
PO BOX 575
MOUNT PROSPECT, IL 60056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,978.49

---

**3.215** **Nonpriority creditor's name and mailing address**

KONECRANES INC - OHIO ONLY
1600 COMMERCE RD
SPRINGFIELD, OH 45504

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,760.30

---

**3.216** **Nonpriority creditor's name and mailing address**

KOOPS,INC
987 PRODUCTIONS COURT
HOLLAND, MI 49423

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,228.00

---

**3.217** **Nonpriority creditor's name and mailing address**

KOSMEK USA LTD
650 SPRINGER DRIVE
LOMBARD, IL 60148

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.00

---

**3.218** **Nonpriority creditor's name and mailing address**

LABONTES JANITORIAL
465 COLLEGE ST.
LEWISTON, ME 4240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,805.00

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,805.53 |
| | LEE MACHINERY MOVERS | Check all that apply. | |
| | 675 CESAR E CHAVEZ AVE | ☐ Contingent | |
| | PONTIAC, MI 48340 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57,942.07 |
| | LEIGH FIBERS INC | Check all that apply. | |
| | 1101 SYPHRIT RD | ☐ Contingent | |
| | WELLFORD, SC 29385 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,308.00 |
| | LEXIS NEXIS RISK SOLUTIONS GROUP | Check all that apply. | |
| | 335 WEST ALABAMA, SUITE 700 | ☐ Contingent | |
| | HOUSTON, TX 77098 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $545.00 |
| | LINEAR BUILDING SERVICES | Check all that apply. | |
| | 9184 SANDISON DR | ☐ Contingent | |
| | WHITE LAKE, MI 48386 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,823.80 |
| | LLOBREGAT EMPAQUES Y SUMINISTROS | Check all that apply. | |
| | 106 PENSILVANIA STREET | ☐ Contingent | |
| | LAS AMERICAS NEIGHBORHOOD | ☐ Unliquidated | |
| | LEON, GUANAJUATO 37390 | ☐ Disputed | |
| | MEXICO | | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | VARIOUS | TRADE VENDOR | |
| | | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

---

**3.224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $954.34

LYDEY AUTOMATION
6900 MILLER RD.
BRECKSVILLE, OH 44141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,013.00

MAINE RADIO
PO BOX 7264
SCARBOROUGH, ME 4070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,442.18

MANSFIELD OIL COMPANY R.W. EARHART
PO BOX 772118
DETROIT, MI 48277-2118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,400.00

MAP OF EASTON INC.
3 DANFORTH DRIVE
EASTON, PA 18045

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13,152.44

MARKLEY
CL800103
PO BOX 55008
BOSTON, MA 02205-5008

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.229**

**Nonpriority creditor's name and mailing address**

MARKWELL MANUFACTURING CO INC
692 PLEASANT ST.
NORWOOD, MA 02062-4632

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$121.00

---

**3.230**

**Nonpriority creditor's name and mailing address**

MARQUARDT SWITCHES INC
2711 ROUTE 20 EAST
CAZENOVIA, NY 13035-0465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,834.00

---

**3.231**

**Nonpriority creditor's name and mailing address**

MARTOR USA
1440 N. KINGSBURY ST. SUITE 11
CHICAGO, IL 60642

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,411.20

---

**3.232**

**Nonpriority creditor's name and mailing address**

MASTERMANS
PO BOX 411
AUBURN, ME 01501-0411

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$385.06

---

**3.233**

**Nonpriority creditor's name and mailing address**

MATHESON TRI GAS
PO BOX 347297
PITTSBURG, PA 15251

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$387.02

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,835.00 |

MATTA BLAIR PLC
39572 WOODWARD AVE
BLOOMFIELD, MI 48304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $32,073.72 |

MAX KATZ BAG CO
235 S. LASALLE STREET
INDIANAPOLIS, IN 46201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $10,616.44 |

MCCORMICK EQUIPMENT
112 NORTHEAST DR
LOVELAND, OH 45140-7144

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $267.37 |

MECHADYNE MACHINE INC
8965 BRIGHT STAR ROAD
DOUGLASVILLE, GA 30134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $19,024.03 |

MEIWA INDUSTRY NORTH AMERICA, INC.
1041 VETERANS DRIVE
LEWISBURG, TN 37091

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.239 | **Nonpriority creditor's name and mailing address**<br><br>MERRIMAC INDUSTRIAL SALES<br>111 NECK RD.<br>HAVERHILL, MA 1835<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,633.29 |

| 3.240 | **Nonpriority creditor's name and mailing address**<br><br>METRO 3PL<br>PO BOX 13188<br>MILWAUKEE, WI 53213-0188<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $738,719.57 |

| 3.241 | **Nonpriority creditor's name and mailing address**<br><br>MH EQUIPMENT COMPANY<br>774469, 4469 SOLUTIONS CENTER<br>CHICAGO, IL 60677-4004<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,810.38 |

| 3.242 | **Nonpriority creditor's name and mailing address**<br><br>MICO INDUSTRIES, INC.<br>2929 32ND STREET SE, SUITE 8<br>KENTWOOD, MI 49512<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52,268.00 |

| 3.243 | **Nonpriority creditor's name and mailing address**<br><br>MICROSOFT CORPORATION<br>PO BOX 842103<br>DALLAS, TX 75284-2103<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,135.59 |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.244 | **Nonpriority creditor's name and mailing address**<br><br>MIDEAST MACHINERY MOVERS<br>PO BOX 55<br>NEW PARIS, PA  45347<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,680.00 |
|---|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address**<br><br>MILL SERVICE & SUPPLY<br>262 FAIRFIELD ST.<br>OAKLAND, ME  4963<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,354.21 |
| 3.246 | **Nonpriority creditor's name and mailing address**<br><br>MINITAB INC<br>QUALITY PLAZA<br>1829 PINE HALL RD.<br>STATE COLLEGE, PA  16801-3008<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,371.50 |
| 3.247 | **Nonpriority creditor's name and mailing address**<br><br>MITSUIYA INDUSTRIES CO LTD<br>C/O DAWDA, MANN, MULCAHY & SADLER PLC<br>ATTN JOHN MUCHA III<br>39533 WOODWARD AVE, STE 200<br>BLOOMFIELD HILLS, MI  48304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | UNKNOWN |
| 3.248 | **Nonpriority creditor's name and mailing address**<br><br>MITSUIYA INDUSTRIES CO LTD<br>C/O DAWDA, MANN, MULCAHY & SADLER PLC<br>ATTN SUSAN J SADLER<br>BLOOMFIELD HILLS, MI  48304-5103<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.249** Nonpriority creditor's name and mailing address

MITSUIYA INDUSTRIES CO LTD
C/O FLORENCE ROSTAMI LAW LLC
ATTN FLORENCE ROSTAMI; NEAL HABER
708 3RD AVE FL 5
NEW YORK, NY 10017-4155

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☑ Yes

UNKNOWN

---

**3.250** Nonpriority creditor's name and mailing address

MITSUIYA INDUSTRIES CO LTD
C/O IZOWER FELDMAN LLP
ATTN RACHEL IZOWER-FADDE
GARDEN CITY, NY 11530

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☑ Yes

UNKNOWN

---

**3.251** Nonpriority creditor's name and mailing address

MITSUIYA INDUSTRIES CO LTD
C/O MOSS & BORIS PC
ATTN NEAL D HABER
NEW YORK, NY 10170

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
PENDING LITIGATION

**Is the claim subject to offset?**
☐ No
☑ Yes

UNKNOWN

---

**3.252** Nonpriority creditor's name and mailing address

MODERN PEST CONTROL
100 PLEASANT ST.
BRUNSWICK, ME 4011

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,399.94

---

**3.253** Nonpriority creditor's name and mailing address

MOKON
2150 ELMWOOD AVE
BUFFALO, NY 14207

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$47,730.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00 |

MOORES SANDBLASTING
2401 S. VANDEMARK RD
SINDEY, OH  45365

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,954.88 |

MOTION INDUSTRIES
PO BOX 404130
CHICAGO, IL  60693

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,425.07 |

MSC INDUSTRIAL SUPPLY CO
75 MAXESS ROAD
MELVILLE, NY  11747-3151

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,765.94 |

MSW MACHINERY SOLUTIONS, LLC
2353 HIGHWAY 292
INMAN, SC  29349

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,109.23 |

MTS SYSTEMS CORPORATION
14000 TECHNOLOGY DRIVE
EDEN PRAIRIE, MN  55344-2290

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address**<br><br>MTZ ENTERPRISE SERVICES LLC<br>605 N DENWOOD<br>DEARBORN, MI 48128<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,575.00 |

| 3.260 | **Nonpriority creditor's name and mailing address**<br><br>MULLER TEXTILE<br>2075 WEST BID BEAVER ROAD<br>TROY, IA 48084<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,519.00 |

| 3.261 | **Nonpriority creditor's name and mailing address**<br><br>NAGASE ENTERPRISE MEXICO S.A. DE C.V.<br>AV. CERRO GORDO 130 INT. 4002, COL.<br>CERRO GORDO, MI 37129<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $211,089.63 |

| 3.262 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL FILTER MEDIA<br>40 WINADA DRIVE<br>WINTHROP, ME 4364<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,000.00 |

| 3.263 | **Nonpriority creditor's name and mailing address**<br><br>NAVIA BENEFIT SOLUTIONS<br>600 NACHES AVE SW<br>RENTON, WA 98057<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,182.22 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.264** **Nonpriority creditor's name and mailing address**

NEFAB MEXICO S.DE C.V
ANILLO PERIFERICO SUR 4250 INT. B
PARQ. INDUST. GREEN TECH COL. PERIOD.
PARQUE INDUSTIAL GREEN TECH CO 45078
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$286,719.20

---

**3.265** **Nonpriority creditor's name and mailing address**

NICKERSON SEPTIC SERVICE
PO BOX 215
TURNER, ME  4282

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$875.00

---

**3.266** **Nonpriority creditor's name and mailing address**

NINGBO HUAYOU AUTO PARTS., LTD
NO. 908, JINQIAO ROAD, GUTANG STREET
CIXI CITY, ZHEJIANG
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$749,634.78

---

**3.267** **Nonpriority creditor's name and mailing address**

NINGBO YEXING AUTOMOTIVE PART CO, LTD
NO.198, SANBEI WEST STREET
CIXI, NINGBO, ZHEJIANG  315300
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$174,630.26

---

**3.268** **Nonpriority creditor's name and mailing address**

NITCO INC
PO BOX 21918
NEW YORK, NY  10087-1918

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,301.54

| **Part 2:** | Additional Page | |
|-------------|-----------------|--|

|  |  | Amount of claim |
|--|--|-----------------|

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,690.00 |
|-------|-----------------------------------------------------|---------------------------------------------------|-----------|
|  | NIX OF AMERICA<br>2055 JUNCTION AVEN<br>SAN JOSE, CA 95131 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63,037.00 |
|-------|-----------------------------------------------------|---------------------------------------------------|------------|
|  | NOLAR<br>602 MILLWAY AVE.<br>CONCORD, ON L4K 3V3<br>CANADA | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,878.80 |
|-------|-----------------------------------------------------|---------------------------------------------------|-----------|
|  | OAKWOOD ENERGY MANAGEMENT<br>9755 INKSTER RD<br>TAYLOR, MI 48180 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $183.67 |
|-------|-----------------------------------------------------|---------------------------------------------------|---------|
|  | OAKWOOD METAL FABRICATING<br>9755 INKSTER RD<br>TAYLOR, MI 48180 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

| 3.273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $195.00 |
|-------|-----------------------------------------------------|---------------------------------------------------|---------|
|  | OCCUPATIONAL HEALTH & REHAB<br>PO BOX 32058<br>HARTFORD, CT 06150-2058 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|  | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes |  |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.274** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $704.00

OCCUPATIONAL HEALTH CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729-3700

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,325.30

OCCUPATIONAL HEALTH SERVICES
WILSON MEMORIAL HOSPITAL
W. 915 MICHIGAN ST.
SIDNEY, OH 45365-2401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,056.00

OCCUPATIONAL HEALTH SERVICES
WILSON MEMORIAL HOSPITAL
W. 915 MICHIGAN ST.
SIDNEY, OH 45365-2401

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.277** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $216,175.60

ODC TOOLING & MOLDS
110 RANDALL DRIVE
PO BOX 70
WATERLOO, ON N2V1C6

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.278** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,921.25

O-FLEX AUTOMOTIVE INC.
1531 SARAH COURT
MURFREESBORO, TN 37129

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,131.99 |
| --- | --- | --- | --- |

OMEGA ENGINEERING INC
26904 NETWORK PLACE
CHICAGO, IL  60673-1269

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,521.16 |
| --- | --- | --- | --- |

OMNI-TECH SALES, INC.
31189 SCHOOLCRAFT ROAD
LIVONIA, MI  48150

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,258.81 |
| --- | --- | --- | --- |

OPENTEXT
C/O J.P. MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL  60673-1246

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $53,844.81 |
| --- | --- | --- | --- |

OPUS PACKAGING
DEPT 6078 PO BOX 30516
LANSING, MI  48909-8016

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $18,024.23 |
| --- | --- | --- | --- |

ORBIS MATERIAL HANDLING
75 REMITTANCE DRIVE DEPT 6965
CHICAGO, IL  60675-6965

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.284 | **Nonpriority creditor's name and mailing address**<br><br>OX INDUSTRIES<br>89 OCTOBER HILL RD<br>HOLLISTON, MA  1746<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,135.34 |

| 3.285 | **Nonpriority creditor's name and mailing address**<br><br>P&R COMMUNICATIONS<br>736 S VANDEMARK RD<br>SIDNEY, OH  45365<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,481.22 |

| 3.286 | **Nonpriority creditor's name and mailing address**<br><br>PACIFIC INSIGHT ELECTRONICS CORP<br>W MILITARY HWY SUITE G<br>MCALLEN, TX  78503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,361.28 |

| 3.287 | **Nonpriority creditor's name and mailing address**<br><br>PALMER BOLT & SUPPLY CO<br>PO BOX 401<br>PIQUA, OH  45356<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,887.16 |

| 3.288 | **Nonpriority creditor's name and mailing address**<br><br>PAPER TRANSPORT INC<br>1250 MID VALLEY DRIVE<br>DE PERE, WI  54115<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51,195.82 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>PARKER STEEL INTERNATIONAL<br>PO BOX 72020<br>CLEVELAND, OH 44192<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,045.64 |
|---|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>PATRIOT MUTUAL INSURANCE CO<br>ONE MUTUAL AVE<br>FRANKENMUTH, MI 48787-0001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461.54 |
| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>PINGOR TECHNOLOGIES COMPANY LTD.<br>UNIT A, 1/F, SHUN CHEUNG IND. BLDG.,<br>24-26 WING HONG STREET, LAI CHI KOK<br>HONG KONG<br>CHINA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $337,810.76 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>PIONEER MATERIAL PRECISION TECH CO., LTD<br>OFFSHORE CHAMBER PO BOX 217<br>APIA<br>SAMOA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,355.00 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>PIQUA STREET CO DBA PSC CRANE & RIGGING<br>C/O STRIPP, HOPPERS, LEITHART, MCGRATH &<br>TERLECKY CO LPA<br>ATTN AARON C FIRSTTENBERGER<br>575 S THIRD ST<br>COLUMBUS, OH 43215<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PENDING LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.294 | **Nonpriority creditor's name and mailing address**<br><br>PITNEY BOWES<br>PO BOX 371887<br>PITTSBURGH, PA  15250-7887<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $544.48 |
|---|---|---|---|
| 3.295 | **Nonpriority creditor's name and mailing address**<br><br>PLASTIC AGE PRODUCTS INC<br>7295 TELLIER ST.<br>MONTREAL, QC  H1N 3S9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,440.22 |
| 3.296 | **Nonpriority creditor's name and mailing address**<br><br>PLASTIC AGETOOLING<br>TOOLING PROJECTS<br>7295 TELLIER ST.<br>MONTREAL QUEBEC, QC  H1N3S9<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,635.00 |
| 3.297 | **Nonpriority creditor's name and mailing address**<br><br>POLIMEROS Y DERIVADOS, S.A. DE C.V.<br>PALO CUARTO 213<br>COL. MIHOACAN, GT  37240<br>MEXICO<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,400.00 |
| 3.298 | **Nonpriority creditor's name and mailing address**<br><br>PORTLAND HARMON AUTO GLASS<br>865 LISBON ST.<br>LEWISTON, ME  4240<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,213.25 |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.299** | **Nonpriority creditor's name and mailing address**

POSTMASTER
258 RODMAN RD.
AUBURN, ME 04210-9996

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$484.00

---

**3.300** | **Nonpriority creditor's name and mailing address**

PRECISION FABRICS GROUP INC.
301 N. ELM ST.
SUITE
GREENSBORO, SC 27401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,398.58

---

**3.301** | **Nonpriority creditor's name and mailing address**

PREFERRED PRECIION GROUP, LLC
1310 COMER AVENUE
PELL CITY, AL 35125

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$331.00

---

**3.302** | **Nonpriority creditor's name and mailing address**

PREFERRED PRINTING
3700 W. MICHIGAN ST.
SIDNEY, OH 75365-7018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$584.73

---

**3.303** | **Nonpriority creditor's name and mailing address**

PREMIUM SOUND SOLUTIONS AMERICA LLC
44099 PLYMOUTH OAKDS BLVD., SUITE 106
PLYMOUTH, MI 48170

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$98,150.40

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $336,695.00 |
|---|---|---|---|
| | PRO DESIGN & MANUFACTURING LLC <br> PO BOX 38 <br> 13 ELM STREET <br> NEWTON JUNCTION, NH 3859 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $611.00 |
|---|---|---|---|
| | PROHEAT INC <br> PO BOX 48 <br> LAGRANGE, KY 40031 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $200.00 |
|---|---|---|---|
| | PROTOMED INC <br> PO BOX 479 <br> HARPSWELL, ME 4079 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $3,289.00 |
|---|---|---|---|
| | PSC CRANE AND RIGGING <br> 4243 W. US RT. 36 <br> PIQUA, OH 45356 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> Check all that apply. | $2,737.98 |
|---|---|---|---|
| | PSC FABRICATING <br> PO BOX 918813 <br> DENVER, CO 80291-8813 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

| 3.309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,450.00 |
|---|---|---|---|

PTI QUALITY CONTAINMENT SOLUTIONS
18615 SHERWOOD AVE
DETROIT, MI 48234

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2.24 |
|---|---|---|---|

PURCHASE POWER
PO BOX 371874
PITTSBURGH, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,312.50 |
|---|---|---|---|

QUALITECH BUSINESS SOLUTIONS
30100 TELEGRAPH RD 322
BINGHAM FARMS, MI 48025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $952.00 |
|---|---|---|---|

QUALITY LIAISON SERVICES
1202 MIAMI STREET
ATHENS, TN 37303

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,530.00 |
|---|---|---|---|

REBO LIGHTING & ELECTRONICS, LLC
325 SEWELL DRIVE
SPARTA, TN 38583

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|--|--|----------------|

---

**3.314** **Nonpriority creditor's name and mailing address**

REED CITY GROUP, LLC
603 E CHURCH ST
REED CITY, MI 49623

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$113,333.00

---

**3.315** **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES
18500 N ALLIED WAY 100
PHOENIX, AZ 85054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,447.21

---

**3.316** **Nonpriority creditor's name and mailing address**

REPUBLIC SERVICES 916
18500 N ALLIED WAY 100
PHOENIX, AZ 85054

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UTILITIES

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,071.68

---

**3.317** **Nonpriority creditor's name and mailing address**

REYNOLDS COMPANY
PO BOX 1925
GREENVILLE, SC 29602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,944.00

---

**3.318** **Nonpriority creditor's name and mailing address**

RIECK MECHANICAL SERVICES
5245 WADSWORTH DR.
DAYTON, OH 45141

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,457.05

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.319** | **Nonpriority creditor's name and mailing address**

RIVERSIDE EQUIPMENT & TRUCK REPAIR INC
1160 DINGMAN-SLAGLE RD
SIDNEY, OH 45365, OH  45365

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$506.72

---

**3.320** | **Nonpriority creditor's name and mailing address**

ROBERT A MAIN & SONS INC
PO BOX 159
WYCKOFF, NJ  7481

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$342.00

---

**3.321** | **Nonpriority creditor's name and mailing address**

ROBERT HALF FINANCE & ACCOUNTING
12400 COLLECTIONS DRIVE
CHICAGO, IL  60693

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,287.57

---

**3.322** | **Nonpriority creditor's name and mailing address**

ROCHESTER MIDLAND
PO BOX 64462
ROCHESTER, NY  14624-6462

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$572.92

---

**3.323** | **Nonpriority creditor's name and mailing address**

ROLL SERVICE INDUSTRIES LLC
PO BOX 5
FARMINGTON, NH  3835

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,112.00

---

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,250.00 |

ROYAL RIVER ORCHARDS
181 PEACOCK HILL RD.
NEW GLOUCESTER, ME  4260

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | | $52,527.20 |

SA AUTOMOTIVE S. DE R.L. DE C.V.
KM 117 AUTOPISTA MEX-PUE NAVE 22A1
PARQUE INDUSTRIAL FINSA
SAN LORENZO ALMECATLA, PUEBLA  72710
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | | $4,931.21 |

SABATTUS MACHINE WORKS
PO BOX 596
SABATTUS, ME  4280

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.327 | **Nonpriority creditor's name and mailing address** | | $14,097.70 |

SAFETY KLEEN CORP
PO BOX 650509
DALLAS, TX  75265

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | | $5,775.00 |

SAGE AUTOMOTIVE INTERIORS
24007 TELEGRAPH ROAD
SOUTHFIELD, MI  48033

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

3.329 **Nonpriority creditor's name and mailing address**

SCHON PACKAGING INC.
28475 GREENFIELD RD SUITE 219
SOUTHFIELD, MI  48076

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,920.00

---

3.330 **Nonpriority creditor's name and mailing address**

SEAL METHODS INC.
11915 SHOEMAKER AVE
SANTE FE SPRINGS, CA  90670

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,452.80

---

3.331 **Nonpriority creditor's name and mailing address**

SEIREN VISCOTEC MEXICO S.A.DE C.V.
AV. MIGUEL HIDALGO 200
PARQUE INDUSTRIAL MARABIS, ABASOLO
GUANAJUATO  36987
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$356,591.80

---

3.332 **Nonpriority creditor's name and mailing address**

SERAPH CONSULTING, LTD
2 DUBLIN LANDINGS
NORTH DOCK, DUBLIN  D01 V4A3
IRELAND

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$123,003.60

---

3.333 **Nonpriority creditor's name and mailing address**

SERVICE PROPERTIES TRUST
TWO NEWTON PLACE
255 WASHINGTON STREET
NEWTON, MA  2458

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,524.85

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104.45

SETON IDENTIFICATION PRODUCTS
PO BOX 95904
CHICAGO, IL 60694-5904

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $107,983.91

SHAW INDUSTRIES INC
CROSSPOINT FABRICS
PO BOX 3305
BOSTON, MA 02241-3305

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,292.54

SHIMADZU SCIENTIFIC INSTRUMENTS
C/O THE J J WILBUR CO INC
5 NORTHERN BLVD
UNIT 14
AMHERST, NH 3031

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $368.10

SIDNEY SHELBY COUNTY YMCA
300 E. PARKWOOD ST.
SIDNEY, OH 45365

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $440.35

SIDNEY WINDUSTRIAL
1455 N VANDEMARK RD
SIDNEY, OH 75365-3547

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 69 of 86

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address**<br><br>SIDNEY-SHELBY CO CHAMBER OF COMMERC<br>101 SO. OHIO AVE, 2ND FLOOR<br>SIDNEY, OH 45365<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,066.00 |

| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>SILCO FIRE PROTECTION CO<br>10765 MEDALLION DR<br>CINCINNATI, OH 45241<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,752.00 |

| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>SIMPLY-SUPPORTED<br>108 LANNEAU DR<br>GREENVILLE, SC 29605<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $608.00 |

| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>SLAGLE MECHANICAL CONTRACTORS<br>PO BOX 823<br>SIDNEY, OH 45366<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,921.87 |

| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>SOMATEX<br>PO BOX 487<br>PITTSFIELD, ME 4967<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,200.00 |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,550.00 |
|---|---|---|---|

SONOCO PROTECTIVE SOLUTIONS
PO BOX 91218
COLLECTION CENTER DRIVE
CHICAGO, IL 60693

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,607.78 |
|---|---|---|---|

SPRINGFIELD CORRUGATED BOX, INC
74 MOYLAN LANE
SHOEMAKER INDUSTRIAL PARK
AGAWAM, MA 1001

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,889.16 |
|---|---|---|---|

ST GERMAIN PROPERTIES LLC
28031 GRAND OAKS CT
WIXOM, MI 48393

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,400.00 |
|---|---|---|---|

STAFF BRIGHT
PEOPLE 2.0 GLOBAL LP
PO BOX 827932
PHILADELPHIA, PA 191182-793

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,939.00 |
|---|---|---|---|

STANLEY ELEVATOR COMPANY INC
PO BOX 843
NASHUA, NH 3061

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,147.85
| | *Check all that apply.* |

STATE CHEMICAL MFG CO
PO BOX 844284
BOSTON, MA 02284-4284

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $350.55
| | *Check all that apply.* |

STAUBLI CORP
PO BOX 189
DUNCAN, SC 29334

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,610.00
| | *Check all that apply.* |

STAYLINKED CORPORATION
13700 ALTON PARKWAY, SUITE 160
IRVINE, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,736,225.72
| | *Check all that apply.* |

STEIN FIBERS LTD
PO BOX 714522
CINCINNATI, OH 45271-4522

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,574.42
| | *Check all that apply.* |

STERICYCLE DBA SHRED- IT
PO BOX 6575
CAROL STREAM, IL 60197-6575

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  |  | Amount of claim |
|--|--|--|-----------------|

---

**3.354** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,037,059.00**

STEVEN B. PHILLIP
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBORDINATED PROMISSORY NOTE
(SELLER NOTE)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,620.00**

STEWARTS OF AMERICA INC
PO BOX 1058
SIMPSONVILLE, SC  29681

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$94,685.69**

STRATOSPHERE QUALITY
12024 EXIT FIVE PARKWAY
FISHERS, IN  46037

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,223.72**

STUDIO ELEVEN
PO BOX 315
FORT LORAMIE, OH  45845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$181.62**

SWEED MACHINERY INC
PO BOX 228
GOLD HILL, OR  97525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.359** | **Nonpriority creditor's name and mailing address**

SYNERGEERING GROUP, LLC
25335 INTERCHANGE COURT
FARMINGTON HILLS, MI  48335

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,616.00

---

**3.360** | **Nonpriority creditor's name and mailing address**

SYSTEM 7 INC
301B NORTH DETROIT ST.
WEST LIBERTY, OH  43357

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,960.43

---

**3.361** | **Nonpriority creditor's name and mailing address**

SYSTEM ARCHITECTURE.NET
32 TANDBERG TRAIL
SUITE 2
WINDHAM, ME  4062

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$68,143.77

---

**3.362** | **Nonpriority creditor's name and mailing address**

T&A ENTERPRISES
11261 STATE ROUTE 274
LEWISTOWN, OH  43333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,024.48

---

**3.363** | **Nonpriority creditor's name and mailing address**

TAIZHOU HAILUN IMPORT AND EXPORT
TRADING CO LTD
ROOM 6063, SCIENCE & TECHNOLGY BUILDING
NO.1 YAOCHENG AVENUE
TAIZHOU CITY, JIANGSU
CHINA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,279.78

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,845.00 |
|---|---|---|---|

**3.364** **Nonpriority creditor's name and mailing address**

TAKUMI STAMPING
8585 SEWARD RD.
FAIRFIELD, OH  45011

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,845.00

---

**3.365** **Nonpriority creditor's name and mailing address**

TEAM QUALITY SERVICES
4483 COUNTY ROAD SUITE B
AUBURN, IN  46706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,221.35

---

**3.366** **Nonpriority creditor's name and mailing address**

TECHNICAL MAINTENANCE, INC.
PO BOX 76010
ST. PETERSBURG, FL  33734

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.367** **Nonpriority creditor's name and mailing address**

TECHSTYLES INC
32500 TELEGRAPH RD.
BINGHAM FARMS, MI  48025

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,969,150.49

---

**3.368** **Nonpriority creditor's name and mailing address**

TERMAX MEXICO S DE RL DE CV
CARRETERA ESTATAL KM 431 KM 1300 A,
25 NORTE, EL COLORADO
RFC: TFS1409304A3
EL MARQUES, QUERETARO  76246
MEXICO

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$55,894.00

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

**3.369** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,637,849.44

TESLA
ATTN LEGAL DEPT
3500 DEER CREEK RD
PALO ALTO, CA 94304

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
UNSECURED LOAN

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address** | $4,091.10

TEXTILE & INDUSTRIAL SALES
PO BOX 768
DALTON, GA 30722-0768

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address** | $100,187.42

THE CIT GROUP/COMMERICAL SERVICES
PO BOX 1036
CHARLOTTE, NC 28201-1036

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.372** **Nonpriority creditor's name and mailing address** | $6,170.00

THE ROBOT COMPANY
300 RYAN RD.
SEVILLE, OH 44273

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.373** **Nonpriority creditor's name and mailing address** | $2,650.80

THERMAL PRINTER SOLUTIONS
80 PREIST STREET
HUDSON, MA 1749

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

<table>
<tr><td><strong>Part 2:</strong></td><td>Additional Page</td></tr>
</table>

| | | | Amount of claim |
|---|---|---|---|

**3.374**   **Nonpriority creditor's name and mailing address**

THREE WAY LOGISTICS, INC
42505 CHRISTY STREET
FREMONT, CA 94538

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,681.93

---

**3.375**   **Nonpriority creditor's name and mailing address**

TIAA COMMERCIAL FINANCE
PO BOX 911608
DENVER, CO 80291-1608

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,881.35

---

**3.376**   **Nonpriority creditor's name and mailing address**

TOOLING TECHNOLOGY LLC
PO BOX 74008783
CHICAGO, IL 60674-8783

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$637,118.00

---

**3.377**   **Nonpriority creditor's name and mailing address**

TPX COMMUNICATIONS
55 NICHOLSON LN
SAN JOSE, CA 95134-1366

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,113.43

---

**3.378**   **Nonpriority creditor's name and mailing address**

TRANSPORTS M CHARETTE
850, RTE PRINCIPALE
SAINTE-MELANIE, QC J0K 3A0
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,325.28

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|--|--|--|

---

| 3.379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $672.84 |
|-------|----|----|----|

TRIAD TECHNOLOGIES LLC
PO BOX 932485
CLEVELAND, OH  44193

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,487.44 |
|-------|----|----|----|

TRI-STATE PALLET & PACKAGING INC.
8401 CLAUDE THOMAS ROAD
FRANKLIN, OH  45503

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74,140.20 |
|-------|----|----|----|

TUOPU USA LLC
1209 ORANGE STREET
WILMINGTON, DE  19801

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6,400.00 |
|-------|----|----|----|

UL LLC
333 PFINGSTEN ROAD
NORTHBROOK, IL  60062-2096

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,929.53 |
|-------|----|----|----|

ULINE
PO BOX 88741
CHICAGO, IL  60680-1741

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.384** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $43,162.00

UNIFI MANUFACTURING INC.
7201 WEST FRIENDLY AVE.
GREENSBORO, NC  27410

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $106.31

UNIFIRST CORP
430 RIVERSIDE INDUSTRIAL PKWY
PORTLAND, ME  04103-1436

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,748.66

UNIQUE FABRICATING
PO BOX 8535
CAROL STREAM, IL  60197-8535

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,311.36

UNITED GASKET CORPORATION
1633 SOUTH 55TH AVE
CICERO, IL  60804

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $851.45

UPS
PO BOX 650116
DALLAS, TX  75265-0116

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 79 of 86

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $148,236.75 |
|---|---|---|---|

UREBLOCK SA DE CV
KM 5.8 CARRETERA SAN FCO. DEL RINCON
LEON, COL. PURISIMA RINCON, GT
MEXICO

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $179.36 |
|---|---|---|---|

USF HOLLAND
27052 NETWORK PLACE
CHICAGO, IL 60673-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,846.03 |
|---|---|---|---|

VELCRO USA INC
PO BOX 414871
BOSTON, MA 02241-4871

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,818.94 |
|---|---|---|---|

VENTURE PLASTICS, INC
PO BOX 734385
CHICAGO, IL 60673-4385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,440.65 |
|---|---|---|---|

VICTORY MACHINE & FAB
920 S VANDEMARK ROAD
SIDNEY, OH 45365

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNKNOWN |
|---|---|---|---|
| | VICTORY MACHINE AND FAB LLC<br>C/O FGKS LAW<br>COURTVIEW CENTER, STE 300<br>100 SOUTH MAIN AVE<br>SIDNEY, OH 45365 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>POTENTIAL LITIGATION | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $210,675.83 |
|---|---|---|---|
| | VISTECH MANUFACTURING<br>265S WEST STREET<br>LEBANON, OH 45036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $146,539.94 |
|---|---|---|---|
| | VISTECH MANUFACTURING<br>265S WEST STREET<br>LEBANON, OH 45036 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $74,171.12 |
|---|---|---|---|
| | VISTECH MANUFACTURING SOLUTIONS<br>114 PACKHAM AVE UNIT 1<br>STRATFORD, ON N5A 6V6<br>CANADA | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $12,061.20 |
|---|---|---|---|
| | VISTECH TOOLINGTOOLING<br>1156 SCENIC DR, SUITE 120<br>MODESTO, CA 95350 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $62,447.58 |
|---|---|---|---|
| | VOLK PACKAGING CORP <br> PO BOX 1011 <br> BIDDEFORD, ME  04005-1011 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $3,291.60 |
|---|---|---|---|
| | WALTON TECHNOLOGIES LLC <br> PO BOX 59 <br> MONMOUTH, ME  4259 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $450.26 |
|---|---|---|---|
| | WASTE MANAGEMENT OF MICHIGAN, INC <br> C/O WASTE MANAGEMENT <br> BANKRUPTCY DEPT <br> 2550 W UNION HILLS DR <br> PHOENIX, AZ  85027 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> UTILITIES | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $16,386.75 |
|---|---|---|---|
| | WATERJET SERVICE INC <br> 1027 WEST 4TH ST <br> JOPLIN, MO  64801 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,083.72 |
|---|---|---|---|
| | WB MASON CO INC <br> PO BOX 981101 <br> BOSTON, MA  02298-1101 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE VENDOR | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $345.00

WD MATTHEWS COMPANY
901 CENTER STREET
AUBURN, ME 4210

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $464.00

WEBB MASON, INC
121 QUINTEC DRIVE
SHELBYVILLE, TN 37160

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,726.92

WELLS BROTHERS
105 SHUE DR.
ANNA, OH 45302

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $953.40

WELLS FARGO
PO BOX 7777
SAN FRANCISCO, CA 94120-7777

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $337.50

WHITLAM LABEL CO INC
24800 SHERWOOD AVE.
CENTER LINE, MI 48015

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**Part 2:** Additional Page

| | | Amount of claim |
| --- | --- | --- |

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,037,059.00 |
| --- | --- | --- | --- |

WILLIAM H. VAUGHN
VAUGHN & ASSOCIATES
22279 BROCKSHIRE
NOVI, MI 48375

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
SUBORDINATED PROMISSORY NOTE
(SELLER NOTE)

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,103.85 |
| --- | --- | --- | --- |

WINDSTREAM ENTERPRISE
ONE PAETEC PLZ
FAIRPORT, NY 14450

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $335.52 |
| --- | --- | --- | --- |

WOLF MACHINE CO
5570 CREEK RD
CINCINNATI, OH 45292

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,900.00 |
| --- | --- | --- | --- |

WUXI PERUN RUBBER & PLASTIC CO., LTD
NO. 1, XICHANG ROAD
XIZHANG INDUSTRIAL PARK
HUISHAN DISTRICT
WUXI
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $152,560.00 |
| --- | --- | --- | --- |

WUXI SUN WARM PACKAGING MATERIAL CO LTD
70 ZHUJIANG ROAD
WUXI NEW DISTRICT
JIANGSU
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.414 | **Nonpriority creditor's name and mailing address**<br>XPO EXPRESS<br>29559 NETWORK PLACE<br>CHICAGO, IL 60673-1559<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,923.16 |

| 3.415 | **Nonpriority creditor's name and mailing address**<br>XTRA STORAGE RENTAL CO.<br>PO BOX 1909<br>DAYTON, OH 45401-1909<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,482.56 |

| 3.416 | **Nonpriority creditor's name and mailing address**<br>ZHONGSHAN HORD RAPIDTOOLS CO., LTD<br>C BLDG<br>YIXIAN RD 112 TORCH DEVELOPMENT ZONE<br>ZHONGSHAN, GUANGDONG 528437<br>CHINA<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,000.00 |

| 3.417 | **Nonpriority creditor's name and mailing address**<br>ZWISSTEX MEXICO, S. DE R.L.DE C.V<br>CARRETERA FEDERAL HUAMANTLA-TLAXCO<br>FRACC IVYV<br>CIUDAD INDUSTRIAL XICOHTENCATL<br>TL 90430<br>MEXICO<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47,986.13 |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | **UNDETERMINED** |
| **5b.** | Total claims from Part 2 | **5b.** + | **$62,769,589.14** |
| **5c.** | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | **5c.** | **$62,769,589.14** |

Official Form 206E/F                     Schedule E/F: Creditors Who Have Unsecured Claims                     Page 86 of 86

Debtor    Gissing North America LLC

United States Bankruptcy Court for the:    Eastern District of Michigan

Case number    22-46160
(if known)

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CHUBB CORPORATE RISK DOMESTIC PROPERTY COVERAGE POLICY #D39437995 <br><br> **State the term remaining** <br> CURRENT THROUGH 8/21/2022 <br><br> **List the contract number of any government contract** | ACE AMERICAN INSURANCE COMPANY C/0 CHUBB 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br> CORPORATE RISK DOMESTIC PROPERTY POLICY #CXD39437995 <br><br> **State the term remaining** <br> CURRENT THROUGH 8/21/2022 <br><br> **List the contract number of any government contract** | ACE AMERICAN INSURANCE COMPANY C/0 CHUBB 436 WALNUT STREET PHILADELPHIA, PA 19106 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br> AXIS PRIVATUS® PLATINUM [MANAGEMENT AND ENTITY LIABILITY, EMPLOYMENT PRACTICES LIABILITY, WORKPLACE VIOLENCE COVERAGE, FIDUCIARY LIABILITY COVERAGE] POLICY #P-001-00044524-01; RENEWAL POLICY #P-001-000445245-02 <br><br> **State the term remaining** <br> CURRENT THROUGH 11/1/2022 <br><br> **List the contract number of any government contract** | AXIS INSURANCE COMPANY 1000 AVALON BLVD, STE 200 ALPHARETTA, GA 30009 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br> AXIS PRIVATUS® PLATINUM [MANAGEMENT AND ENTITY LIABILITY, EMPLOYMENT PRACTICES LIABILITY, WORKPLACE VIOLENCE COVERAGE, FIDUCIARY LIABILITY COVERAGE] POLICY #P-001-00044524-01; RENEWAL POLICY #P-001-000445245-02 <br><br> **State the term remaining** <br> CURRENT THROUGH 11/1/2022 <br><br> **List the contract number of any government contract** | AXIS INSURANCE COMPANY 111 S WACKER DR, STE 3500 CHICAGO, IL 60606 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | BMW SLP SA DE CV<br>ATTN DAVID BLUE, CFO<br>BOULEVARD BMW 655<br>PARQUE INDUSTRIAL DESARROLLO LOGISTIK<br>VILLA DE REYES, SLP 79526<br>MEXICO |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022<br>RE: AGREEMENT DTD 7/18/2022 | BMW SLP SA DE CV<br>ATTN DAVID BLUE, CFO<br>BOULEVARD BMW 655<br>PARQUE INDUSTRIAL DESARROLLO LOGISTIK<br>VILLA DE REYES, SLP 79526<br>MEXICO |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | BMW SLP SA DE CV<br>ATTN DAVID BLUE, CFO<br>BOULEVARD BMW 655<br>PARQUE INDUSTRIAL DESARROLLO LOGISTIK<br>VILLA DE REYES, SLP 79526<br>MEXICO |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | BMW SLP SA DE CV<br>ATTN GERARDO INIGO, LEGAL COUNSEL<br>BOULEVARD BMW 655<br>PARQUE INDUSTRIAL DESARROLLO LOGISTIK<br>VILLA DE REYES, SLP 79526<br>MEXICO |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | BMW SLP SA DE CV<br>C/O JAFFE RAITT HEUER & WEISS PC<br>ATTN RICHARD KRUGER<br>27777 FRANKLIN RD, STE 2500<br>SOUTHFIELD, MI 48034 |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAFFING SERVICES AGREEMENT<br><br><br>CURRENT | BONNEY STAFFING CENTER<br>6161 OAK TREE CURRENT SUITE 300<br>INDEPENDANCE, OH 44131 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/18/2022 | COMERICA BANK ATTN VICE PRESIDENT 3551 HAMLIN RD AUBURN HILLS, MI 48326 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/29/2022 | COMERICA BANK ATTN VICE PRESIDENT 3551 HAMLIN RD AUBURN HILLS, MI 48326 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022 RE: AGREEMENT DTD 7/18/2022 | CONFORM AUTOMOTIVE LLC 32500 TELEGRAPH RD SUITE 207 BINGHAM FARMS, MI 48025 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | DISBURSEMENT MEMORANDUM AGREEMENT DTD 7/18/2022 RE: AGREEMENT DTD 6/18/2019 | CONFORM AUTOMOTIVE LLC 32500 TELEGRAPH RD SUITE 207 BINGHAM FARMS, MI 48025 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 8/2/2022 | CONFORM AUTOMOTIVE LLC 32500 TELEGRAPH RD SUITE 207 BINGHAM FARMS, MI 48025 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/18/2022 | CONFORM AUTOMOTIVE LLC 32500 TELEGRAPH RD SUITE 207 BINGHAM FARMS, MI 48025 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/29/2022 <br><br><br> CURRENT | CONFORM AUTOMOTIVE LLC <br> 32500 TELEGRAPH RD SUITE 207 <br> BINGHAM FARMS, MI 48025 |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | CONFORM AUTOMOTIVE LLC <br> 32500 TELEGRAPH RD SUITE 207 <br> BINGHAM FARMS, MI 48025 |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | CONFORM AUTOMOTIVE LLC <br> C/O KERR RUSSELL & WEBER PLC <br> ATTN JASON W BLANK <br> 500 WOODWARD AVE, STE 2500 <br> DETROIT, MI 48226 |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CYBER RISK INSURANCE POLICY #PLM-CB-SN1ZTUUJT <br><br><br> CURRENT THROUGH 5/15/2023 | COWBELL CYBER <br> 6800 KOLL CENTER PKWY, STE 250 <br> PLEASANTON, CA 94566 |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENEWAL AGREEMENT #RN0000819365 DTD 3/24/2022 <br><br><br> CURRENT | DASSAULT SYSTEMES AMERICAS CORP <br> 175 WYMAN ST <br> WALTHAM, MA 02451 |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | TECHNICAL MAINTENANCE AGREEMENT DTD 4/23/2021 <br><br><br> CURRENT | DASSAULT SYSTEMES AMERICAS CORP <br> 175 WYMAN ST <br> WALTHAM, MA 02451 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022 RE: AGREEMENT DTD 7/18/2022 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** | DISBURSEMENT MEMORANDUM AGREEMENT DTD 7/18/2022 RE: AGREEMENT DTD 6/18/2019 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 8/2/2022 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDED AND RESTATED SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/18/2022 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.27** **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/29/2022 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.28** **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT DTD 7/29/2022 RE: CREDIT & SECURITY AGREEMENT DTD 6/18/2019 | DTI MOLDED PRODUCTS INC 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | DTI MOLDED PRODUCTS INC<br>40600 ANN ARBOR ROAD<br>SUITE 201<br>PLYMOUTH, MI 48170 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | DTI MOLDED PRODUCTS INC<br>C/O KERR RUSSELL & WEBER PLC<br>ATTN JASON W BLANK<br>500 WOODWARD AVE, STE 2500<br>DETROIT, MI 48226 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT SERVICES AGREEMENT DTD 1/20/2022<br><br><br>CURRENT | EB OPERATING LLC<br>D/B/A METRO INDUSTRIAL SERVICES<br>2081 HILLSBORO BLVD<br>MANCHESTER, TN 37355 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT SERVICES AGREEMENT DTD 4/7/2022<br><br><br>CURRENT | EB OPERATING LLC<br>D/B/A METRO INDUSTRIAL SERVICES<br>2081 HILLSBORO BLVD<br>MANCHESTER, TN 37355 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 8/2/2022<br><br><br>CURRENT | GENERAL MOTORS LLC<br>ATTN AARON SILVER, GPSC LEGAL COUNSEL<br>300 RENAISSANCE CENTER<br>MC 482-C23-A68<br>DETROIT, MI 48265 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | GENERAL MOTORS LLC<br>ATTN AARON SILVER, GPSC LEGAL COUNSEL<br>300 RENAISSANCE CENTER<br>MC482-C23-A68<br>DETROIT, MI 48265 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | GENERAL MOTORS LLC<br>ATTN MARK W FISCHER<br>29755 LOUIS CHEVROLET RD<br>M/C 480-210-8S<br>WARREN, MI 48090-9020 |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022<br>RE: AGREEMENT DTD 7/18/2022 | GENERAL MOTORS LLC<br>ATTN MARK W FISCHER<br>29755 LOUIS CHEVROLET RD<br>M/C 480-210-8S<br>WARREN, MI 48090-9020 |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | GENERAL MOTORS LLC<br>ATTN MARK W FISCHER<br>29755 LOUIS CHEVROLET RD<br>M/C 480-210-8S<br>WARREN, MI 48090-9020 |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDED AND RESTATED SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/18/2022<br><br>CURRENT | GENERAL MOTORS LLC<br>ATTN MARK W FISCHER<br>30001 VAN DYKE AVE, BLDG 2-10<br>MC 480-210-85<br>WARREN, MI 48093-2350 |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCREDITOR AGREEMENT DTD 8/2/2022<br><br>CURRENT | GENERAL MOTORS LLC<br>ATTN MARK W FISCHER<br>VAN DYKE AVE, BLDG 2-10<br>MC 480-210-85<br>WARREN, MI 48093-2350 |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | GENERAL MOTORS LLC<br>C/O HONIGMAN LLP<br>660 WOODWARD AVE<br>2290 FIRST NATIONAL BLDG<br>DETROIT, MI 48226-3506 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 8/2/2022 | GENERAL MOTORS LLC<br>C/O HONIGMAN LLP; E TODD SABLE<br>2290 FIRST NATIONAL BLDG<br>660 WOODWARD AVE<br>DETROIT, MI 48226-3506 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | PATENT LICENSE AGREEMENT DTD 1/1/2022 | GISSING AUTOMOTIVE SYSTEMS LLC<br>28031 GRAND OAKS CT<br>WIXOM, MI 48393 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDALONE TERRORISM & SABOTAGE POLICY<br>POLICY #UTS2567423.20; POLICY #UTS2567423.21 | HISCOX INC<br>ATTN LEGAL DEPT<br>520 MADISON AVE, 32ND FL<br>NEW YORK, NY 10022 |
| | **State the term remaining** | CURRENT THROUGH 8/21/2022 | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | DISBURSEMENT MEMORANDUM AGREEMENT DTD 7/18/2022<br>RE: AGREEMENT DTD 6/18/2019 | HUNTINGTON NATIONAL BANK, THE<br>7 EASTON OVAL<br>COLUMBUS, OH 43219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | HUNTINGTON NATIONAL BANK, THE<br>ATTN GISSING NA ACCT MGR<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT DTD 7/29/2022<br>RE: CREDIT & SECURITY AGREEMENT DTD 6/18/2019 | HUNTINGTON NATIONAL BANK, THE<br>ATTN GISSING NA ACCT MGR<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | HUNTINGTON NATIONAL BANK, THE<br>ATTN MCDONALD HOPKINS LLC<br>ATTN SCOTT OPINCAR, ESQ<br>600 SUPERIOR AVE E, STE 2100<br>CLEVELAND, OH 44114 |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDED AND RESTATED SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/18/2022<br><br>CURRENT | HUNTINGTON NATIONAL BANK, THE<br>ATTN SR VP<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022<br>RE: AGREEMENT DTD 7/18/2022 | HUNTINGTON NATIONAL BANK, THE<br>ATTN VICE PRESIDENT<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/29/2022<br><br>CURRENT | HUNTINGTON NATIONAL BANK, THE<br>ATTN VICE PRESIDENT<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | HUNTINGTON NATIONAL BANK, THE<br>ATTN VICE PRESIDENT<br>200 PUBLIC SQ, CM64<br>CLEVELAND, OH 44114 |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY<br>POLICY #510-1801314<br><br>CURRENT THROUGH 8/21/2022 | MAINE EMPLOYERS MUTUAL INS CO<br>PO BOX 11409<br>PORTLAND, ME 04104-7409 |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY POLICY #310-2808516 |
| | | MEMIC INDEMNITY COMPANY 650 ELM ST, STE 401 MANCHESTER, NH 03101-2551 |
| | **State the term remaining** | CURRENT THROUGH 8/21/2022 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION OF LEASE AGREEMENT AND LANDLORD CONSENT FOR 1630 FERGUSON COURT, SIDNEY OH 45365 ASSIGNS LEASE DTD 6/14/2005 |
| | | SPIRIT MASTER FUNDING II LLC 2727 N HARWOOD ST, STE 300 DALLAS, TX 75201 |
| | **State the term remaining** | LEASE EXPIRES 8/31/2028 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/19/2018 FOR 28031 GRAND OAKS COURT, WIXOM, MICHIGAN 48393 |
| | | ST GERMAIN PROPERTIES LLC ATTN TOM ST GERMAIN 47757 W RD, STE 103 WIXOM, MI 48393 |
| | **State the term remaining** | CURRENT |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 6/19/2018 FOR 28031 GRAND OAKS COURT, WIXOM, MICHIGAN 48393 |
| | | ST GERMAIN PROPERTIES LLC C/O HONIGMAN MILLER SCHWARTZ & COHN LLP ATTN JASON M FISHER, ESQ 39400 WOODWARD AVE, STE 101 BLOOMFIELD HILLS, MI 48304 |
| | **State the term remaining** | CURRENT |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 8/2/2022 |
| | | TESLA INC ATTN LEGAL DEPT 3500 DEER CREEK RD PALO ALTO, CA 94304 |
| | **State the term remaining** | CURRENT |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATED LAST-OUT PARTICIPATION AGREEMENT DTD 7/29/2022 |
| | | TESLA INC ATTN LEGAL DEPT 3500 DEER CREEK RD PALO ALTO, CA 94304 |
| | **State the term remaining** | CURRENT |
| | **List the contract number of any government contract** | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBORDINATION AGREEMENT DTD 7/29/2022 RE: CREDIT & SECURITY AGREEMENT DTD 6/18/2019 | TESLA INC ATTN LEGAL DEPT 3500 DEER CREEK RD PALO ALTO, CA 94304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | TESLA INC ATTN LEGAL DEPT 3500 DEER CREEK RD PALO ALTO, CA 94304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | TESLA INC C/O DLA PIPER LLP 2000 AVENUE OF THE STARS STE 400, N TOWER LOS ANGELES, CA 90067-4735 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERCREDITOR AGREEMENT DTD 8/2/2022 | TESLA INC C/O DLA PIPER LLP ATTN ERIC GOLDBERG 2000 AVE OF THE STARS, STE 400 N LOS ANGELES, CA 90067-4735 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC ATTN MEADOW CLENDENIN 6565 HEADQUARTERS DR PLANO, TX 75024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC ATTN WES TRIPLETT 8777 PLATT RD SALINE, MI 48176 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGMENT CONCERNING AMENDMENT TO BUDGET IN ACCOMMODATION AGREEMENT DTD 7/29/2022 RE: AGREEMENT DTD 7/18/2022 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC ATTN WES TRIPLETT 8777 PLATT RD SALINE, MI 48176 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | TESLA'S JOINDER TO ACCOMMODATION AGREEMENT AND ACCESS AGREEMENT DTD 7/29/2022 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC ATTN WES TRIPLETT 8777 PLATT RD SALINE, MI 48176 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOMMODATION AGREEMENT DTD 7/18/2022 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC C/O FROST BROWN TODD; PATRICIA BURGESS THE PINNACLE AT SYMPHONY PL 150 3RD AVE S, STE 1900 NASHVILLE, TN 37201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | FOREIGN COMMERCIAL PACKAGE POLICY #WR10003852 | WORLD RISK 1271 AVE OF THE AMERICAS, FL 37 NEW YORK, NY 10020-1304 |
| | **State the term remaining** | CURRENT THROUGH 8/21/2022 | |
| | **List the contract number of any government contract** | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Gissing North America LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Michigan</td></tr>
<tr><td>Case number<br>(if known)</td><td>22-46160</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes.

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | CONFORM AUTOMOTIVE, LLC | 32500 TELEGRAPH ROAD SUITE 207 BINGHAM FARMS, MI 48025 | HUNTINGTON NATIONAL BANK | ☒ D ☐ E/F ☒ G |
| 2.2 | CONFORM AUTOMOTIVE, LLC | 32500 TELEGRAPH ROAD SUITE 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☒ E/F ☐ G |
| 2.3 | DTI MOLDED PRODUCTS, INC. | 40600 ANN ARBOR ROAD SUITE 201 PLYMOUTH, MI 48170 | HUNTINGTON NATIONAL BANK | ☒ D ☐ E/F ☐ G |
| 2.4 | GISSING AUBURN LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D ☐ E/F ☒ G |
| 2.5 | GISSING AUBURN LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☒ D ☐ E/F ☒ G |
| 2.6 | GISSING AUBURN LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☒ E/F ☐ G |
| 2.7 | GISSING AUBURN LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☒ D ☐ E/F ☒ G |
| 2.8 | GISSING AUBURN LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D ☐ E/F ☒ G |
| 2.9 | GISSING AUTOMOTIVE SYSTEMS, LLC | 28031 GRAND OAKS CT WIXOM, MI 48393 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☒ E/F ☐ G |
| 2.10 | GISSING FREMONT LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D ☐ E/F ☒ G |
| 2.11 | GISSING FREMONT LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☒ D ☐ E/F ☒ G |

Official Form 206H                          Schedule H: Codebtors                          Page 1 of 3

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.12 | GISSING FREMONT LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☑ E/F ☐ G |
| 2.13 | GISSING FREMONT LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☑ D ☐ E/F ☑ G |
| 2.14 | GISSING FREMONT LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D ☐ E/F ☑ G |
| 2.15 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D ☐ E/F ☑ G |
| 2.16 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | FRIMO INC | ☑ D ☐ E/F ☐ G |
| 2.17 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☑ D ☐ E/F ☑ G |
| 2.18 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☑ E/F ☐ G |
| 2.19 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☑ D ☐ E/F ☐ G |
| 2.20 | GISSING GREENVILLE LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D ☐ E/F ☑ G |
| 2.21 | GISSING SIDNEY LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D ☐ E/F ☑ G |
| 2.22 | GISSING SIDNEY LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☐ D ☐ E/F ☑ G |
| 2.23 | GISSING SIDNEY LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☑ E/F ☐ G |
| 2.24 | GISSING SIDNEY LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☑ D ☑ E/F ☑ G |
| 2.25 | GISSING SIDNEY LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D ☐ E/F ☑ G |
| 2.26 | GISSING SUMTER LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D ☐ E/F ☑ G |
| 2.27 | GISSING SUMTER LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☑ D ☐ E/F ☐ G |
| 2.28 | GISSING SUMTER LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D ☑ E/F ☐ G |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | GISSING SUMTER LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☒ D<br>☐ E/F<br>☒ G |
| 2.30 | GISSING SUMTER LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.31 | GISSING TECHNOLOGIES LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D<br>☐ E/F<br>☒ G |
| 2.32 | GISSING TECHNOLOGIES LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☐ D<br>☐ E/F<br>☒ G |
| 2.33 | GISSING TECHNOLOGIES LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D<br>☒ E/F<br>☐ G |
| 2.34 | GISSING TECHNOLOGIES LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☒ D<br>☐ E/F<br>☒ G |
| 2.35 | GISSING TECHNOLOGIES LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D<br>☐ E/F<br>☒ G |
| 2.36 | GISSING TECHNOLOGIES MEXICO LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | BMW SLP SA DE CV | ☐ D<br>☐ E/F<br>☒ G |
| 2.37 | GISSING TECHNOLOGIES MEXICO LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | GENERAL MOTORS LLC | ☒ D<br>☐ E/F<br>☒ G |
| 2.38 | GISSING TECHNOLOGIES MEXICO LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | MITSUIYA INDUSTRIES CO LTD | ☐ D<br>☒ E/F<br>☐ G |
| 2.39 | GISSING TECHNOLOGIES MEXICO LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TESLA INC | ☒ D<br>☐ E/F<br>☒ G |
| 2.40 | GISSING TECHNOLOGIES MEXICO LLC | 32500 TELEGRAPH RD STE. 207 BINGHAM FARMS, MI 48025 | TOYOTA MOTOR ENGINEERING & MANUFACTURING NA INC | ☐ D<br>☐ E/F<br>☒ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Delcaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    9/6/2022
            MM / DD / YYYY

✗   /s/ Steven R. Wybo
    Signature of individual signing on behalf of debtor

    Steven R. Wybo
    Printed name

    Chief Restructuring Officer
    Position or relationship to debtor