# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| Gissing North America LLC, a Delaware limited liability company, | Case No. Case No. 22-46160 |
| | Hon. Lisa S. Gretchko |
| Debtors.[1] | (Jointly Administered) |

## ORDER FOR EXTENSION OF TIME FOR THE UNITED STATES TRUSTEE TO FILE OBJECTIONS TO FINAL FEE APPLICATIONS OF PROFESSIONALS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

This matter came before the Court upon the stipulation ("Stipulation"; ECF No. 715) between the United States Trustee and the Official Committee of Unsecured Creditors, through their respective counsel consenting to the entry of this Order. Based upon the Stipulation, the Court finds cause to enter this Order.

**IT IS HEREBY ORDERED** that the deadline for the United States Trustee to file objections to the final fee applications of the Committee professionals: Foley & Lardner, LLP, Berkeley Research Group, LLC,

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22-46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

{00119275.DOC 2 }

and Keller & Almassian, PLC. Is extended to and including March 31, 2023.

**Signed on March 27, 2023**



/s/ Lisa S. Gretchko

Lisa S. Gretchko
United States Bankruptcy Judge

{00119275.DOC 2 }