# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 22-46160 LSG  
**Case Name:** GISSING NORTH AMERICA LLC

**For Period Ending:** 03/31/2023

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 01/09/2023 (c)  
**§ 341(a) Meeting Date:** 02/13/2023  
**Claims Bar Date:** 06/06/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | DEPOSITS OF MONEY<br>Huntington Bank Account - Cash Disbursement 634 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | DEPOSITS OF MONEY<br>Huntington Bank Account - Checking Account 595 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | DEPOSITS OF MONEY<br>Huntington Bank Account - Operating Account 051 | 531,827.72 | 531,827.72 | | 46,251.13 | FA |
| 4 | DEPOSITS OF MONEY<br>Huntington Bank account - Receivable Collection 048 | 518,023.58 | 518,023.58 | | 231,137.89 | 286,885.69 |
| 5 | DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS<br>Aurora - Retainer | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 6 | DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS<br>Kerr Russell - Retainer | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 7 | DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS<br>Livingstone - Retainer | 125,000.00 | 125,000.00 | | 0.00 | 125,000.00 |
| 8 | DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS<br>Riveron - Retainer | 100,000.00 | 100,000.00 | | 0.00 | 100,000.00 |
| 9 | DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS<br>Wolfson Bolton - Retainer | 89,063.57 | 89,063.57 | | 0.00 | 89,063.57 |
| 10 | NON PUBLICLY TRADED STOCK<br>Gissing Mexico S.DeR.L. De C.V.<br>99.97% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 11 | NON PUBLICLY TRADED STOCK<br>Gissing Sidney LLC<br>100% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 12 | NON PUBLICLY TRADED STOCK<br>Gissing Technologies LLC<br>100% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 13 | OFFICE EQUIPMENT<br>Office equipment, fixtures and furniture<br>$10,385.06 Net Book Value | 10,385.06 | 10,385.06 | | 0.00 | 10,385.06 |
| 14 | MACHINERY FIXTURES EQUIPMENTS SUPPLIES<br>Equipment used in production processes<br>$275,726.85<br>Appraised value as of Oct 2021 - Orderly liquidation value (performed by Gordon Brothers) | 310,000.00 | Unknown | | 0.00 | Unknown |
| 15 | RESIDENCE, BUILDING, LAND<br>28031 Grand Oaks Court<br>Wixom, MI 48393<br>Leasehold interest | 0.00 | Unknown | | 0.00 | Unknown |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 22-46160 LSG
**Case Name:** GISSING NORTH AMERICA LLC

**Trustee Name:** (420030) Kenneth A. Nathan
**Date Filed (f) or Converted (c):** 01/09/2023 (c)
**§ 341(a) Meeting Date:** 02/13/2023

**For Period Ending:** 03/31/2023

**Claims Bar Date:** 06/06/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | CUSTOMER OR MAILING LISTS<br>Customer List<br>Undetermined - Net book value of debtor's interest | Unknown | Unknown | | 0.00 | Unknown |
| 17 | CLAIMS AGAINST THIRD PARTIES<br>Mitsuiya Industries Co Ltd [Case 2:20-CV-10941-TGB-RSW]<br>Nature of claim: Potential counter claim<br>Amount requested: undetermined | Unknown | Unknown | | 0.00 | Unknown |
| 18 | OTHER CONTINGENT AND UNLIQUIDATED CLAIMS<br>Loss on investigation expenses, overtime costs, and transportation costs<br>Nature of claim: Cyber attack on the company's ERP<br>Amount requested: $806,387.17 | 806,387.17 | 806,387.17 | | 0.00 | 806,387.17 |
| 19 | NON PUBLICLY TRADED STOCK (u)<br>Not originally scheduled.<br>Added to Schedules per amendment filed 9/12/22 [Docket 230]<br>DTI Molded Proucts, Inc.<br>100% ownership | Unknown | Unknown | | 0.00 | Unknown |
| 20 | ACCOUNTS RECEIVABLE (u) | Unknown | Unknown | | 47,137.45 | Unknown |
| 21 | MISC REFUNDS | Unknown | Unknown | | 1,638.64 | Unknown |
| 22 | NATHAN V HUNTINGTON (u)<br>Nathan v Huntington<br>Adv. Proc. 23-4099 | 0.00 | Unknown | | 0.00 | Unknown |
| 23 | PREFERENCES (u) | 0.00 | Unknown | | 0.00 | Unknown |
| **23** | **Assets Totals (Excluding unknown values)** | **$2,540,687.10** | **$2,230,687.10** | | **$326,165.11** | **$1,467,721.49** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-3

**Case No.:** 22-46160 LSG  
**Case Name:** GISSING NORTH AMERICA LLC  

**For Period Ending:** 03/31/2023

**Trustee Name:** (420030) Kenneth A. Nathan  
**Date Filed (f) or Converted (c):** 01/09/2023 (c)  
**§ 341(a) Meeting Date:** 02/13/2023  
**Claims Bar Date:** 06/06/2023

**Major Activities Affecting Case Closing:**

    3/31/23

    APS

    Nathan v Huntington et al #23-4099- seeking to avoid security interests on certain property.

    Meiwa v Debtor #23-4400- defending AP against creditor seeking a setoff who owes estate $700k+

    Shale v Debtor #23-4012- defending AP against former workers seeking class action status for admin claim

    Pursuing claims

    Mexican Assets- part of AP  
    Cyber Attack Claim-part of Ap  
    Commercial Tort Claims- party of AP  
    Preferences  
    Account Receivables- working on carve out

    3/8/23 Filed Notice of Asset Case {Claims bar date is 6/6/23} [Docket 709]

**Initial Projected Date Of Final Report (TFR):** 12/31/2025  
**Current Projected Date Of Final Report (TFR):** 12/31/2025

04/13/2023  
Date

/s/Kenneth A. Nathan  
Kenneth A. Nathan

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| | |  | | |
|---|---|---|---|---|
| Case No.: | 22-46160 LSG | Trustee Name: | Kenneth A. Nathan (420030) | |
| Case Name: | GISSING NORTH AMERICA LLC | Bank Name: | TriState Capital Bank | |
| Taxpayer ID #: | **-***6348 | Account #: | ******0327 Checking | |
| For Period Ending: | 03/31/2023 | Blanket Bond (per case limit): | $2,000,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/23 | {4} | Huntington | Blocked account 9048 (cash collateral where A/R payments are received). | 1129-000 | 203,815.29 | | 203,815.29 |
| 01/30/23 | {4} | Huntington | Huntington account ending 9048 - Blocked account 9048 (cash collateral account where A/R payments are received; Deposit came in on day prior to the date that the 1st check was issued and only collected balances were forwarded) (current balance is $18,975.41 due to ongoing collections) | 1129-000 | 27,322.60 | | 231,137.89 |
| 01/30/23 | {3} | Huntington | Close out of bank account ending in 9051 - Operating Account 9051 (account Closed) | 1129-000 | 46,251.13 | | 277,389.02 |
| 02/13/23 | {20} | Techniplas South | Collection of account receivable - PO#000045/PO#000673/PO#000383 | 1221-000 | 26,230.95 | | 303,619.97 |
| 02/13/23 | {20} | Techniplas South | Collection of account receivable - PO#000673 | 1221-000 | 14,282.50 | | 317,902.47 |
| 02/13/23 | {20} | Techniplas South | Collection of account receivable - PO#000469 | 1221-000 | 6,624.00 | | 324,526.47 |
| 02/28/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 450.19 | 324,076.28 |
| 03/13/23 | {21} | Robert Half International Inc. | Refund of overpayment on Account 002538402 | 1110-000 | 1,638.64 | | 325,714.92 |
| 03/31/23 | | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 | | 538.21 | 325,176.71 |

**Account**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| 7 | | Deposits | 326,165.11 | 0 | Checks | 0.00 |
| 0 | | Interest Postings | 0.00 | 2 | Adjustments Out | 988.40 |
| | | Subtotal | 326,165.11 | 0 | Transfers Out | 0.00 |
| 0 | | Adjustments In | 0.00 | | Total | 988.40 |
| 0 | | Transfers In | 0.00 | | | |
| | | Total | 326,165.11 | | | |

Page Subtotals: $326,165.11 $988.40

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 22-46160 LSG |
| **Case Name:** | GISSING NORTH AMERICA LLC |
| **Taxpayer ID #:** | **-***6348 |
| **For Period Ending:** | 03/31/2023 |

| | |
|---|---|
| **Trustee Name:** | Kenneth A. Nathan (420030) |
| **Bank Name:** | TriState Capital Bank |
| **Account #:** | ******0327 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $326,165.11 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $326,165.11 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******0327 Checking | $326,165.11 | $988.40 | $325,176.71 |
| | **$326,165.11** | **$988.40** | **$325,176.71** |

| | |
|---|---|
| 04/13/2023 | /s/Kenneth A. Nathan |
| Date | Kenneth A. Nathan |