UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

GISSING NORTH AMERICA LLC  
    *f/k/a Conform Gissing International, LLC*

Chapter 7  
Case No. 22-46160-lsg  
Hon. Lisa S. Gretchko

Debtors[1].

_____/

### CERTIFICATE OF SERVICE

Re: Trustee's Motion to Establish Procedures Governing Avoidance Action Adversary Proceedings, Proposed Order, Exhibit A – Procedures Governing Avoidance Action Adversary Proceedings, Exhibit 1 – Notice of Procedures, Notice of Motion and Certificate of Service,

I hereby certify that on July 19, 2024, I filed the foregoing paper(s) with the Clerk of the Court using the Electronic Case Files system which will send electronic notification of such filing to the United States Trustee, Debtor, and any additional parties that requested electronic service of documents filed in this case.

I also certify that on July 19, 2024, I served a copy of the Notice of Motion via First Class Mail, with sufficient prepaid postage, to the debtor, the trustee, all indenture trustees, creditors that hold claims for which proofs of claim have been filed and creditors that may still file timely claims, pursuant to Local Bankruptcy Rule 2002-2.

**OSIPOV BIGELMAN, P.C.**

Dated: July 19, 2024

/s/ Jeffrey H. Bigelman  
DAVID P. MILLER (P79911)  
JEFFREY H. BIGELMAN (P61755)  
Attorneys for Kenneth Nathan, Trustee  
20700 Civic Center Drive, Suite 420  
Southfield, MI 48076  
Tel: 248.663.1800 / Fax: 248.663.1801  
dm@osbig.com / jhb@osbig.com

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175