# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

IN THE MATTER OF:

| | |
|---|---|
| GISSING NORTH AMERICA LLC<br>    *f/k/a Conform Gissing International, LLC*<br><br>Debtors[1]. _____/ | Chapter 7<br>Case No. 22-46160-lsg<br>Hon. Lisa S. Gretchko |

## ORDER AUTHORIZING TRUSTEE TO COMPROMISE AND SETTLE CLAIMS AGAINST TERMAX ENTITIES (ADV. PRO. NO. 24-04332-LSG)

This matter came before the Court upon the Trustee's Motion for Order Authorizing Trustee to Compromise and Settle Claims Against Termax Entities ("Motion"; ECF No. 1193). Required parties were served with the Motion and with notice of the deadline for objections thereto. No objection was timely filed, and a certification of no response has been filed. The Court has reviewed the Motion and other pertinent pleadings and is advised in the premises.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion is granted as set forth in this Order.

**IT IS FURTHER ORDERED** that the Trustee is authorized to accept $10,000.00 in settlement of the Trustee's Claims against the Termax Entities,[2] as

---

[1] Debtors' cases are being jointly administered for procedural purposes only and consist of Debtors Gissing North America LLC, Case No. 22-46160, Gissing Auburn LLC, Case No. 22-46169, Gissing Fremont LLC, Case No. 22-46170, Gissing Greenville LLC, Case No. 22-46171, Gissing Sidney LLC, Case No. 22-46172, Gissing Sumter LLC, Case No. 22- 46173, Gissing Technologies LLC, Case No. 22-46174, and Gissing Technologies Mexico LLC, Case No. 22-46175.

[2] As those terms are defined in the Motion, and pertaining to Adv. Pro. No. 24-04332-lsg against Termax Company.

more fully set forth in the settlement agreement attached to the Motion as **Exhibit 3**.

Signed on January 21, 2025



/s/ Lisa S. Gretchko

**Lisa S. Gretchko**
**United States Bankruptcy Judge**